IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GILBERT GUTIERREZ, | ) | No. C 07-3834 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE; GRANTING EXTENSION OF TIME TO FILE COMPLETED IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE WITHIN THIRTY DAYS |
| vs. | ) | |
| CAPTAIN SEPULVEDA, et al., | ) | |
| Defendants. | ) | |
| | ) | (Docket No. 2) |

On July 26, 2007, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis. On that same day, the court sent a notification to plaintiff that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis because he did not include a certificate of funds signed by an authorized prison official and a copy of his trust account statement showing transactions for the preceding six months. The court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file the completed application within thirty days.

1  On August 8, 2007, the court closed plaintiff's duplicate civil rights action, case
2 no. C 07-3939 RMW, because it was mistakenly opened as a new case. The court
3 directed the clerk to transfer all documents from case C 07-3939 RMW (PR) to the instant
4 case. Plaintiff has filed a certificate of funds signed by an authorized prison official in his
5 closed civil rights case, C 07-3939 RMW (PR).

6  However, as of the date of this order plaintiff has not submitted a copy of his trust
7 account statement showing transactions for the preceding six months. Accordingly,
8 plaintiff's incomplete in forma pauperis application (docket no. 2) is DENIED without
9 prejudice.

10  The court will grant plaintiff an extension of time to file a trust account statement
11 showing transactions for the preceding six months. Plaintiff shall file this supporting
12 documentation with the court within **thirty days** from the date of this order. In the
13 alternative, plaintiff may pay the $350.00 filing fee. Plaintiff shall include with his
14 payment a clear indication that it is for this case number, C 07-3834 RMW (PR). Failure
15 to submit the supporting documentation or pay the filing fee within the court's deadline
16 will result in the court dismissing the case without prejudice for failure to file a completed
17 in forma pauperis application or pay the filing fee.

18  IT IS SO ORDERED.

19 DATED: 9/24/2007

*Ronald M. Whyte*
RONALD M. WHYTE
20 United States District Judge

1 | This is to certify that on  9/25/2007                                          , a copy of this ruling was mailed to the following:

2

3 | Richard Gilbert Gutierrez
PFN# CNS 503
4 | Santa Clara County Dept. of Corrections
150 West Hedding Street
5 | San Jose, CA  95110

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File Completed in Forma Pauperis Application or Pay Filing Fee Within Thirty Days
P:\pro-se\sj.rmw\cr.07\Guitierrez834ifpext            3