1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3    Name  Gutierrez  Richard        G

4           (Last)              (First)              (Initial)       FILED

5    Prisoner Number  PFN # CNS 503

6    Institutional Address  885 N. San Pedro St

7    San Jose, CA. 95110            RICHARD W. WIEKING
                                     CLERK, U.S. DISTRICT COURT
8    ================================  NORTHERN DISTRICT OF CALIFORNIA

9                      UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
10
     Richard Gutierrez                  )
11   (Enter the full name of plaintiff in this action.)   )
                                        )
12                   vs.                )   Case No.
                                        )   (To be provided by the clerk of court)
13   Chief E. Flores, Captin D.Sepulveda )
                                        )   COMPLAINT UNDER THE
14   C/o Barish, Romero, Dominguez      )   CIVIL RIGHTS ACT,
     C/o Trobovich, Armenta S. Johnson  )   42 U.S.C §§ 1983
15   RN Carol, Molly Cheng, Carrie, Linda )
16   Nurse Connie, Ruby, Rudy, Tom, Mesle )
     (Enter the full name of the defendant(s) in this action))
17   Elizabeth, AnnaBell Doct Lukeridge )

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    Exhaustion of Administrative Remedies

20         [**Note:** You must exhaust your administrative remedies before your claim can go

21         forward.  The court will dismiss any unexhausted claims.]

22         A.    Place of present confinement  Santa Clara Dept of Corrections

23         B.    Is there a grievance procedure in this institution?

24                     YES (✓)      NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26               procedure?

27                     YES (✓)      NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the

     COMPLAINT                        - 1 -

appeal at each level of review.  If you did not pursue a certain level of appeal, explain why.

1.  Informal appeal _____ See Original _____

_____ Filed July 26 _____

_____ (PR) 2. First

formal level _____ C 07 3834 RMW _____

_____

_____

3.  Second formal level _____

_____

_____ 4 Third

formal level _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES (✓)      NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why. _____

_____

_____

II.    Parties

A.    Write your name and your present address.  Do the same for additional plaintiffs, if any.

_____ Richard G. Gutierrez II CNS503

_____ 885 N. SAN PEDRO St.

_____ SAN Jose, CALIF. 95110

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                          - 2 -

## Exhaustion Of Administrative Remedies

ANY State Or County Prisoner
IS NOt Required To Exhaust
Administrative Remedies Before
Bringing A 42 U.S.C. §§ 1983
Action Civil Rights Complaint
For Monetary Relief, IT Was
Said By The U.S. 9th Circuit
Court of Appeals Because The
Grievance Process or Appeals
Did not Provide Monetary
Relief.
         See Rumbles vs. Hill 1999

Complaint              ( 2 A )

# Notice Of Ehaustion

The Plaintiff Attempted
TO FILE A Grievance Form
ONE AFTER The OTHER
(See Dexter 1979)
Also See The EXibits Enclosed
OF Grievance Filed By
Plaintiff Each Matter OF
Grievance IS Now Side Stepped

Complaint                    (2B)

III.

# Statement of Claim cont.

**# 1** On January 26th Friday At 3:30pm at Dietbetic Call, I Advised Nurse Rudy That I was In Extrem amount of Pain, And That I allready had Taken 4 Vicodens 5/500. And That I needed To be Seen By A Doctor.

**#2** Due To Recent Back Surgeries in SepTember 2005 I had A Spine Fusion of The Lumbar Region L5 / S1 4 bone grafts, 4 screwsn and 2 Rods. Fremont Spine Center Preformed The Surgery at Washinton Hospital Located 3800 Mory Ave. Fremont, Calif. By Doctor Henstorff.

**# 3** I have Current Medication Such as Norco, Valium 10mg Vicoden 5/500, ULTRAm IR, FlexeriL, And countless others For Pain Prescribed By Painmanagment Therapist Doctor Fulton Chen Located At 3939 Suite A41 Mowry Ave. Fremont CALiF.

**# 4** I knew that the Docter Would be Leaving around 5pm.

Complaint                    ( Pg 3·A)

III.

# Statement of Claim

**#5**

Nurse Rudy Advised He Would Help Me. He Said "I Will Come back When I'm Done." I Asked "Please Don't Forget About me."

**#6**

Nurse Rudy Comes To M-4-B Dorm Located At 170 South Able St. milpitas, CA. ElM Wood Facility Part of Santa Clara County Dept. of Corrections.

**#7**

Nurse Rudy Starts To Distribute Night Medication To Our Dorm around 8:30 PM. When Its my Turn For Medication I Stagger or Limp out of my Cell. I ASK Nurse Rudy "I Need Your Help. I Thought You Were going To Help me." Nurse Rudy Replied "I'll be Back". I Asked "When? He Said "11:00 pm" 2300hrs I Told Him "I Asked you At 3:30 pm For Help. You Said you Would." Nurse Rudy Replied "I'll be Back when I'm Done Passing out medication At 11 pm."

Complaint                    Page Cont 3·B

# Statement of Claim

**# 8**  I return to my cell And Advise the Dorm Correction office Mr. Barnhouse That I Am iN Extrem Amount of Pain. Due To Having Back Surgeries L·5/S·1 FusioN.

**#9**  Back Surgeries Performed At Washinton Hospital in Fremont, Calif. By Fremont Spine Center On 9-11-05 And 9-30-05

**# 10**  I was taken to Main Medical At ElmWood Correctional Facility Located At 701 S. Abel St. Milpitas, Calif A SubDivision Of Santa Clara County Dept. of Corrections. From M-4-B Pod IN A Wheel Chair Pushed By C/o mr. Barnhouse.

**# 11**  I was Placed ON A Hospital Gurney IN The Observation Room At 9:45pm Friday the 26 of January 2007

**#12**  I Asked TO Be Seen By A doctor Because The Screws And Rods where Agitated, INFlamed And Causing me Sever Pain.

Complaint

(3-c)

# Statement of Claim

**# 13**  The Medical Staff Gave Me 18 Vicoden IN A 20 hour Period From 8 Am TO 4 AM

**# 14**  The Charge Nurse Told me "Your Not Going To The Hospital."

**# 15**  From 9:45pm (1-26-07 to 1-27-07) 3:30 AM I Was IN The Observation Room Asking For Help 6 hours Crying IN Sever Pain, Pleading To be Taken To The Emergency Room AT Valley Medical Center iN San Jose, CA. The County Hospital. C/O Mr. Romero Told me You cant Pick N choose Where You Want to Go.

**# 16**  Valley Medical is Where All INmates Go When AN Emergency occurs or out Patient For MRI's, Specialists And Surgeries.

**# 17**  Nurses Rudy, Ruby And other Nurses John Does And Jane Does Would Not help me. The Just let me cry IN Pain for 6 hours.

(3·D)

# Statement Of Claim

**#18**  At 3:30 AM Officers Mr. Johnson John Doe, And Mr. Borish Came into The Observation Room To Take me To The Main Jail INfirmary Located At 150 W. Hedding St San Jose, CA, 95110

**#19**  The Officers Put Leg Restraints and Waist chains on me. While I was Laying on The Hospital Gurney.

**#20**  I Told Them my Back Hurts And I cant Stand or Walk. I Fall When The Pick me up off The Gurney. They Did Not Provide A Wheel Chair. They Knew They Where Transporting Me to the INfirmary

**#21**  I Fall And The c/o's Pick me up And Drag me From The Observation Room By my Arms And Waist Chain The Three c/o's Drag me about 150 FT to A Sheriff's VAN Parked Out Side And Slam my Back INTO The Metal Frame And Steel Steps Of The Right Side of The Passanger Side Steps Where The Holding CAGE

## Statement of Claim

**#21.** IS Located. Then They Shove me Head First INTO The Cage And Twist my Legs To get me IN The Cage.

**#22** ALL The While Nurses Danny Johnson And David are Out Side Watched The Correctional Officers Conduct. I was IN Tremendous Pain And The Officers Excessive Use Of Force Compounded The Pain. I believe The c/o Acted out Conformatery of Their Duties by Applying Unnecessary Force And With an Attitude of Deliberate INdifferance For my Safty.

**#23** When I Arrive At The Main Jail c/o's Take me out of The VAN And Place me IN A Wheel Chair I Go Through Proccing, O.R. And Classification Screaming "My Back My BACK!" I was taken To The Second Floor Where The INFIR— mary Is Located. I'm Greeted By 5 Women, 4 Nursing And 1 c/o Nurse carol Asks The others Staff "If He is IN That Much Pain Why Is He Here?"        (3·F)

Complaint

# Statement Of Claim

**# 24.** I am Placed IN Cell 2-c-M Where I Am Dumped on The Floor By C/o ms. Jane Doe At 4:00 AM I Scream AND Bang On the Bed "Man Down" For 3 to 4 Hours Asking "Why I am I Being Treated This Way." And Please Help me."

**#25** Sargent Mr. Simonson Comes to the Cell And Asks Why Are you on the Floor? I reply "I was Assaulted By 4 c/o's". And Dumep On the Floor. He Tells Me Well You Need TO Hold Still So they CAN Check Your Blood Pressure!" I tell Him "I can't my Back Hurts ALot." He Yells At Me I Know your Back Hurts But HOLD STILL!! "I cant." I Tell Him. "Check my Back Not my Blood Pressure." Then He Just Leaves Me Lying On The Floor.

**#26** I Ask For Help And TO See A Doctor For 2 Weeks I Ask Finaly On Febuary 13th I'm Seen By Doctor John Lukeridge.

Complaint

(3-G)

# Statement of Claim

**#27** I Asked medical And Correctional
Staff To be Taken To A Hospital
And WAS Told To "Put IN A White
Card." By C/o ms. Trobovich, MS
Molly Chong R/N Ms. Carrie, R/N Mr. Tom
R/N MS. MEME, R/N Linda Nurse Carol
Nurse Manuel, Nurse Elizabeth,
Nurse Maryland, Nurse Ms. Annabell,
Nurse MS. CONNIE, Correctional Staff
C/o Mr. Borish  C/o Mr. Romero  C/o
Mr. Chang, C/o Sargent Mr Simonson
C/o Mr. Armenta  C/o Mr. S Johnson
C/o MS. Domingez, C/o Sargent Mr. Monach
Nurses Mr. Rudy, And Ms. Ruby ms.
Doctor John Lukeridge And Doctor Gotapottie
I Pleaded With Staff To Help me

**#28** ON March 13th 1:30 PM AT
Valley Medical Center I Get A
C-T Scan Performed on my Back
And It Reveals that Damage Has
Been done To my Back The Chief
Medical Examiner Orderd AN MRI
Performed And Dr. Lukerideg And Dr. MS
GaiaPottie As Well On Several
Occasions IN June, July, 3 August 13th

complaint

(3-H)

# Statement of Claim

#29

I Believe ALL The Named Staff HAve Violated my 8th and 14th Amendments. To Provide me with Adequate Medical care.

I Believe The Deffendants Acted With Deliberate INdifference to Plaintiff's Serious Medical Needs And Shows Cruel And Unusal Punishment By Provisions of INadequate Medical Care. See Estell v. Gamble (1976) 429 US 97, 104, 97 S.Ct. 285, 50 L.Ed.

(3-I)

# Prayer for Relief

#-1

Defendants Nursing Staff / Medical Staff
And Doctors   R/N Molly Chona , R/N R...
R/N Ms. Carrie , Nurse Mr. TOM , R/N Ms. Carol
R/N Ms. MeMe , R/N Ms. Linda , R/N Ms. Ruby
Nurse Mr. Manuel , R/N Ms. Elizabeth , R/N
R/N Ms. Maryland , R/N Ms. Annabell
R/N Ms. Connie , Doctor John Lukeridge
Doctor Ms. Gattarattie  Nurses John Doe And
Nurses Jane Doe Violated the Plaintiffs
Eighth Amendment Rights Secured Under
The constitution by Inavertently Faild
To Provide Adequate Medical Care
To Richard Gutierrez And Infliction of
Unnecessary Suffering On Richard
Gutierrez the Plaintiff By Failure To
Treat His Medical Needs Is
Inconsistent with Contemporary Standards
OF Decency And Deliberate
Indifference To Richard Gutierrez
Serious Injury Constitutes Cruel And
Unusal Punishment And Failure To
Diagnois And Treatment But The
Question whether An M.R.I Or Additional
Diagnostic Techniques Is A Classic Exampel
OF A Matter For Medical Judgment.

(4-A)

## Prayer For Relief

#2. Defendants Santa Clara Contny Department of Correction Staff Chief Edward Flores, Captin D. Sepulveda C/o Mr. Borish, C/o Mr Johnson C/o Ms. Trobovich, Sargent Mr. Simonson Sargent Mr. Monach , c/o Mr. Armenta c/o Ms. Domingez, C/o Romero John Does And Jan Does Violated the Plaintiffs Eighth Amendment Rights Secured Under The Constitution By Inadvertently Failed To Provide Adequate Medical Care To Plaintiff Richard Gutierrez And Infliction Of Unnecessary, Suffering On Plaintiff By Failure To Treat His Medical Needs Is Inconsistent With Contemporary Standards Of Decency And Deliberate Indifference To Richard Gutierrez's Serious Injury Constitutes Cruel And Unusal Punishment

Complaint                    4-B

1    place of employment.

2    Captin D. Sepulveda, Chief Edward Flores

3    C/o' Borish, C/o Ms. Trubovich, C/o Mr. Armenta, C/o Sarg

4    Mr. Simionson, C/o Ms. Deminger, C/o Mr. S. Johnson

5    Sarg Mr. Monarch, C/o Mr. Romero  C/o Janie and Jon Doe's

6    B/N Rudy, Rudy, Carrie, Connie, Elizabeth, Memo. Meme

7    LINDA, CAROL, MANUEL, TOM, Maryland, ANNABELL
Statement of Claim   Dr. Lukeridge, Dr. Gatapottie, JAN and John Does

8    State here as briefly as possible the facts of your case. Be sure to describe how each

9    defendant is involved and to include dates, when possible. Do not give any legal arguments or

10   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11   separate numbered paragraph.

12    See Attached

13    Pages (3-A - 3-I )

14

15

16

17

18

19

20

21

22

23

24

25   IV.    Relief

26    Your complaint cannot go forward unless you request specific relief. State briefly exactly

27   what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28    I Would Like Life Time Medical And

COMPLAINT                                    - 3 -

1  $300,000 For Punitive DAmages Per Defendant

2  $300,000 For Pain And Suffering Per Defendant

3  $300,000 Per Defendant

4  $300,000 For Callartrol

5

6

7  I declare under penalty of perjury that the foregoing is true and correct.

8

9  Signed this _14th_ day of _September_, 20 07

10

11  _Richard Gutierz_

12  (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                              - 4 -

464.163.1 Amendment of Claim

To US District Court
    Richard Gutierrez Hereby Amends
  His Claim Against Santa Clara Dept of
Correctional Staff And Medical Staff
Presented To You ON Sept. 16th 2007
As Follows    Defendants Added
  To Case For INdadequate Medical Care.


Date  Sept 16th 2007

Richard Gutierrez

United States District Court,
Northern District of California

(PR)
RMW

Richard Gutierrez )        NO. C 07 3834
      Plaintiff

vs.                        Complaint For
Chief Edward Flores        Preliminary And
Capt. D. Sepulveda         Permanent Injunction,
C/o Mr. Burish             And For Damages
c/o Ms. Trobovich
c/o Ms. Lonnigez           (42 U.SC. § 1983
c/o Mr. Armenta
C/o Mr. Romero
Sargent Mr. Simenson
Cargent Mr. Menaeh
Doctor John Lokeridge
Doctor Ms. Giota Pettic
R/N Molly Chang, R/N Mr. Rudy, R/N Ms. Ruby
R/N Ms. Carrie, R/N Mr. Tom, R/N Ms. MeMe
R/N Ms. Linda, R/N Ms. Carol, R/N Mr. Manuel
R/N Ms. Elizabeth, R/N Ms. Maryland
R/N Ms. Connie, R/N Ms. Annabell
R/Ns John Doe's And Jane Doe's

Demand For Jury Trial
Plaintiff Alleges:
              (1)

1) This is AN Action Brought Under 42 U.S.C. § 1983 to Obtain Injunctive relief and recover damages Against Defendants For Violation OF Plaintiffs Right To Be Free of Cruel And Unusal Punishment, Guaranteed By the Eighth And Fourteenth Amendment to the Uninted States Constitution.

2) The Jurisdiction Of The Court is Predicated on 28 U.S.C. §§ 1331 And 1343

3) Plaintiff Richard Gutierrez is And At All Times Mentioned IN This Complaint Was, A citizen of The U.S. And A Prisoner IN The custody of the Calif. Dept. of Corr. At Santa Clara Count Dept of Corretions IN San Jose Calif.

4) Defendants CApt Sepulveda, Chief Edwards Flores, c/o mr Borish, c/o mr Armenta c/o ms. Domigez, c/o mc. Romera Sargent Mr. Simonson Sargent Mr. Monach c/o Mr. S. Johnson, Dr. John Lukridge

(2)

4) R/N Molly chong, R/N Mr. Rudy, R/N MS. Carrie, R/N Mr. Tom R/N MS. Linda, R/N MS. Carol R/N MS Elizabeth, R/N MS. Maryland RN MS Annabell, R/N MS. Meite Dr. MS. Ciottarottie IS, And At ALL Times Mentioned IN This Complaint Was Calif. resident of Santa Clara County California. Venue IS Therefore Proper under 28 USC §§ 1391 (b)

5) A Substantial Part of the Events giving rise to the Action Occurred IN Santa Clara County Calif. Venue is therefore Proper Under 28 USC § 1391 (b)

6) Defendants Are At All Times Mentioned IN The Complaint Employed As Doctors Nurses, R/N And Correction Staff At Santa Clara County Dept of Corrections

7) Defendants Were At All Times Mentioned IN This Complaint, Acting IN The Course And Scope of Thier Employment At Santa Clara Dept of Corrections.

(3)

8) Defendants Were At All Times Mentioned IN this Complaint, Acting Under Color of State Law

9) Defendant Is Sued IN Thier INdividual And Official Capacities.

10) The Plaintiff IS Suffering From Herniated Disks Caused By C/o Mr Borish And C/o Mr John Doe And C/o Mr Johnson on January 27th At 3:00 AM At ELM Wood Facility Sub division of S.C.C. Dept. Of Corrections While IN Custody The Defendants Dr. John LuKeridge Orderd X-rays, Vicoden, ANd CT Scan But NO MRI After 6 months The Plaintiff Asked To Be Taken To The Hospital Because Richard Gutierrez Suffers From Herniated Disks Cased By C/o Staff. Defendants, C/o MS. Trobovich, C/o Sargent Simonson, Sargent Mr. Monach C/o Mr. Armenta, C/o S. Johnson. C/o Romero, C/o MS. Domingez R/N Molly Chong, R/N Mr. Rudy

(4)

10   R/N Ms. Carrie, R/N Mr. Tom
R/N Ms. MeMe, R/N Ms. Linda
R/N Ms Ruby, R/N Ms Carol   R/N
Mr. Manuel, R/N Ms. Elizabeth
R/N Ms. Maryland, R/N Ms. Annabell
R/N Ms. Connie R/N Mr. John Doe
And Jane Doe's ALL Refuse
To Help Diagnois And Treatment.
They Just Left me On The Floor
Crying Man down. my orders
For mRI Get Lost As oF
9-16-07  Still  No MRI
Orderd IN 3-13-07- 6-07 7-07
Still No mrI Because The
Defendants ALL know mY
Back was Slamed Against
The Steel Steps of The Sherrifs
VAN. Causing Herniated Disks
(See) CT ScAN 3-13-07
Shows  Nerve Damage)
I Pleaded Staff Staff To Help
me. But No Body Helps me

11.)   IN Acting As Allegcd IN This
Complaint, Defendant's Acted With
Deliberate INdifference to
Plaintiffs' Serious Medical Needs
(5)

12) IN Acting As Alleged IN This Complaint, Defendant's Violated Plaintiff's Rights To Be Free OF Cruel And Unusual Punishment, Guaranteed By The Eighth And Fourteenth Amendments To The U.S.C.

13) As A Direct And Proximate Result of Defendants Actions, Described IN This Complaint, Plaintiff Has Suffered INJury, PAIN And Emotional Distress IN That Herniated Disks Nerve damaged Siatic Pain Back Pain Leg Pain Sever Pain As A Result OF Defendants Provision OF Inadequate Medical Care

14) IN Acting As IS Alleged IN This Complaint, Defendants Acted Knowingly, Willfully And Maliciously, And With Reckless And callous Disregard For The Plaintiff's Federally Protected Rights

#15) As A Result OF Defendants Actions Plaintiff HAS Suffera And will Continue

(b)

15) To Suffer EX Tream Hard ship And Actual And Impending Irreparable Pain, Herniated Disks, Siatic Pain Back And Leg Pain And Emotional Distress Because The Plaintiff Cant Sit or Lay or Stand TO Long To Due Any Work, How Is Richard Gutierrez Going To Support His Child And His Self When He Cant Lie Down And Rest His Back Because He Has Been Sitting or Standing To Long. Talk About Emotionl Stress

16) Plaintiff Exhausted AvaILABLE Administrati Remedies By CALling writting Internal Affairs, Grievances, Human Relations WhereFore, Plaintiff Prays Judgment against Defendants As Fallows

1) For A Permanent INJunction Ordering Defendants And Defendants Officers, Agents Employes, Succesors And Attorneys, And ALL Those IN Active Concert or Participation With Defendants To Require To Pay

(7)

2) For compensatory Damages, IN
AN AMOUNT TO Be Determined
Accourding To Proof At Trial

3) For Punitive DAmages IN AN Amount
to be Determend Accourding To Proof
At Trial

4) For Reasonal Attorney Fees Pursuant to
42 USC § 1988

5) For Costs of Suit INCurred IN
This Action, And

6) For such Other And Further Relief
As The Court Deems Proper

Sept. 16. 2007
Respectfully Submitted
By Richard Gutierrez
      Richard Gutierrez
Demand For Jury Trial
Plaintiff Richard Gutierrez
      7-16-07
Respectfully Submitted
By Richard Gutierrez
      Richard Gutierrez

(†9.1)        Cruel, Inhuman, and degrading ...

Sat 7pm 27th

Hey you. Well I had a really bad night.
I told the nurse at 3:30 pm Fri 26th that I was
in a lot of Pain. My back and my leg hurt alot. Rudy the
nurse said he would help. At 8:30 pm Rudy the nurse
comes in and he passes out medication to the (Pod
M4) A, B, C, & D dorms, About 350 inmates. When I was
called out to take my medication. I limped out of
my cell at M-4-B-15Low At 8:30 PM I told him I'm
Still in alot Pain And I told him I thought he
was going to help me. I told him I need to
go to the Emergency Room. To the Hospital.
At 3:30 pm When he checked my blood Sugar
At Dietbetic Call. I told him Please dont
forget about me. I waited! 5 hours. I
figure maybe after Shift Change. Well
5 hours later at 8:30 pm. Shift change
for the Officers are at 6 Am to 6 pm to 6 am
12 hour Shifts. So Rudy the nurse tells me
I have to wait again, until he is done
Passing out medication through out
the Pod. He told me he would get
back to me at 11 pm. Right before
he was going to leave M-4-B Dorm. I
had Ken a trustie tell Officer Barnhouse.
I wanted to Push the Emergency button,
Because I'm in So much Pain. Then
C/O Barnhouse and R/N Rudy took me to Control.
The center of M-4 Pod, Rudy then Proceeded to

2

to. use the phone to call the nurse from medical Station. to Main Medical. Then officer Barnhouse used a wheel chair to wheel me to Main Medical. Then at Main Medical Ramero cuffed me to a gurney. Rudy and Ruby took my vitals. Ruby said "if my blood Pressure was High I'd be in pain". My vitals were good" She said. didn't see them. So they gave me more vicoden 8 more from 830 Pill call. And this was at 915 I was still in Excrusiating Pain. My Srews in my back felt like I was being stabed or poking me. The REASON I WAS IN SO Much PAIN Was the Position I was in Standing, Siting, Walking & laying down IT ALL HURT BECAUSE OF The Weather It Started to RAIN Friday night. I HAVE METAL IN MY back It my First Winter having Screws in my back. I'm a Diebetic So I heal Slowly. So My Pain level was very high on the Scale of 1 to 10 about 9.5 I was in Escrusiating Pain I asked to be taken to the hospital for a " Coratazone Shot" (anti Inflamatory) The Charge Nurse Said I was at my max for Pain Meds. And I would have to wait 2 AM. So I Pleaded with the Staff from 3 30pm (Fri) to 3:30 Am (Sat) to HELP ME! Quote One Nurse Said " I'm going on break. I need a break from this guy". I was crying for 5 hours at Elmwood 1030 main med 330 Then 3 officers C/o Borish ? Johnson? _____ took me off the gurney and dropped me on the floor. Then draged me about 100-150 feet to A van out side, then Slamed my back against the Side of the van's Steps, While Nurses watched. Nurse David Asian 27-33

Nurse David was Shocked when I called out his name. It really Shocked him how they treated me. Nurse David Watched how they Slamed my back into the steps of the van. And when I screamed "My back My back My back" "AHHHH!" Ouch. I saw his face cringe in agony ooottl. Then they push me in the van. Then Slam me head first and twist my legs to get me in. Then I continue complaning about my back. I plead with Frew to take me to the hospital. My Pain level Went from 9-10. I was told by C/O Romero that "I couldn't Pick + choose." Then C/O Romero told me I would see a Docter at the informary. Its Friday The Feb. 2nd. and I Still haven't seen a doctor. When we arrive at the main Jail they drag me Out of the van 2 young white C/O 35-45 Then Put me in a Wheel chair. I Scream "It Hurts!" It Hurts, my back" While we Procceded to go through Proccing I had everybodys attention. Proccising was very busy Friday night Saturday morning. I arived at 4 Am Complaing about the Pain I am Sufering while being Pushed through to classification. I'm crying my back it hurts and the O.R. employee (Asian Female Prett 27- 37 brown hair with blond highligh' looks at me and Crings as She se

face twisted in agony. And while I'm yelling out It Hurts, It Hurts my back then He moves me from Classification to O.R. and She's Speechless as she dosn't know what to do as I Sit in front of her with tears in my eyes in a Wheel chair crying out My back, my back my back because the Screws in my back feel Like I'm being Stabed. Then he tells her he's been cleared to go to the Informary

M.J.   Stath   m.J Fri Sat 6pm - 6Am   1-27-07
witness   O.R (Asian\ Filipino) small 25 or black hair w/high
witness classification   male white 45 or 4|Am 2nd 2?
All inmates c/o wheel onto Door front through   no stash Slender bald   white
at Proccing 30   Open Door of Van
between 330-430 30 c/o C-2 Female Black 35-50 5'10
Proccing staff   Nurse Carol Asian 35-45 5'3
Sat 6Pm 6Am   Nurse Asian med brown hair 35-40 5's

Medical   ms. Sun MJ 2nd Floor   1-28-07
              Nurse "Linda
          Nurse Manuel   c/o Missian
6Am 6Pm C/O San ?  c/o sargent  black shirt Male 35-45 whit
         c/o Sargent white male young 35-40 Tan Shirt Simmions
         Medical 3-12Am Sun 2nd Floor  1-28-07   4 Pm
witness R/N Maryland  Informed R/N of Injury from c/o
    badge. She gave me  achol swab Pad, band-aid, & ointment
    When R/N Linda Left And informed R N Lind

    SAT 6Pm-6 Am
       c/o Chang Male

Female  c/o  SAT-Sun 6pm-6Am   Trobvich
   " just lye there and Pretend your dead."
   " I Need Some Sleep." "You anit getting
   Shit!" " You can't got nothing deserving."
   "man down Hu!! Nothing wrong with him!"

1-26-07
Fri 26          Staff Elmwood

Medical charge Nurse  Female 50-60 White Short hair medium thin 5'7

Fri 3/12 pm Ruby Female 40-45 Filipino  M 3 Nurse ?

Fri 3/12 Rudy male 40-45 Filipino  M 4 Nurse

Fri 7/3p Danny Johnson male 40-45 Filipino M4 Nurse

B shift Officers Escavedo M-4-A male w/mex 40-45 Tall

Fri 6/6am MR Burnhouse M-H-B Male White 40-45 yrs old

Fri 6pm /6am MR Alvarez M-4-D Male 40-45 Hispanic

Fri 6pm /6am MR Pamero Male 45-55 Hispanic

1  6pm/6am MR Boesch ? 50-55 White  Salt Pepper hair mustache

2  6pm/6am MR ___ White tall slender cowboy build thin mu/stash

3  6pm/6am MR

4  6pm/6am MR  White  38-45 White  Driver Bleach Blond Flat top

Passangers  Whitness  two individuals

Need cleareance to pass gate  clear 3 to MJ

e-Filing

C 07 4923

Case Number: _____

**RMW** (PR)

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _RICHARD GUTIERREZ_ for the last six months

[prisoner name]

_SCC DEPT OF CORRECTIO_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _37.33_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_3.75_.

Dated: _8/8/07_                                    _____

[Authorized officer of the institution]

- 5 -

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

Richard Gutierrez

**DEFENDANTS** *Maryland, Carol, ANNABELL* Edward Flores, D. Sepulveda Zorich, Trobovich, Rudy, Ruby, Connie Carrie, MeMe, Elizabeth, John Lokeridge *Howard, Dominique*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *Santa Clara*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *Santa Clara*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ | ☒ | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding
☐ Removed from State Court
☐ Remanded from Appellate Court
☐ Reinstated or Reopened
☐ Transfered from Another district (specify)
☐ Multidistrict Litigation
☐ Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure of | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury | Property 21 USC 881 | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 RR & Truck | | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers | Injury Product Liability | ☐ 650 Airline Regs | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| Student Loans (Excl | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| Veterans) | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | | | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders Suits | Product Liability | ☐ 385 Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt Reporting & | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | | | Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate | ☐ 791 Empl.Ret. Inc. Security Act | ☐ 870 Taxes (US Plaintiff or | ☐ 900 Appeal of Fee Determination Under |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence Habeas Corpus: | | Defendant | Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 530 General | | ☐ 871 IRS - Third Party | ☐ 950 Constitutionality of State |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/ disab - Empl | ☐ 550 Civil Rights | | | |
| | ☐ 446 Amer w/ disab - Other | ☐ 555 Prison Condition | | | |
| | ☐ 480 Consumer Credit | | | | |
| | ☐ 490 Cable/Satellite TV | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

$18,000,000

**VII. REQUESTED IN COMPLAINT:** ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ ☐ CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**  PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

*Estell vs. Gamble (1976)*

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)** (PLACE AND "X" IN ONE BOX ONLY)  ☒ SAN FRANCISCO/OAKLAND  ☒ SAN JOSE

DATE

SIGNATURE OF ATTORNEY OF RECORD