AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RICHARD GILBERT GUTIERREZ                    **SUMMONS IN A CIVIL CASE**

                                             CASE NUMBER: CV 07-03834 RMW

V.

SUPULVEDA, et al


TO:

CORRECTIONAL OFFICER ARMENTA
Santa Clara County Jail
885 North San Pedro Street
San Jose, California 95110


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Richard G. Gutierrez
    CNS 503
    Santa Clara County Jail
    885 North San Pedro Street
    San Jose, California 95110


an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


*Richard W. Wieking*                         March 5, 2008
CLERK                                        DATE

D. Miyashiro
 (BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____    _____
                                *Date*                                                        *Signature of Server*

                                                                _____
                                                                                *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.