**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard G. Gutierrez | C 07 3834 RMW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Supulveda, et al | please see below |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | **Captain D. Sepulveda**, Santa Clara County Jail |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 885 North San Pedro Street, San Jose, CA. 95110 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard G. Gutierrez, CNS 503
Santa Clara County Jail
885 North San Pedro Street
San Jose, CA.   95110

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                          Fold

1.  Summons
2.  Amended Complaint
3.  Order of Service

| Signature of Attorney or other Originator requesting service on behalf of: | XX PLAINTIFF / ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *(signature)* | | 408-535-5373 | E-Filed 2008 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 1 | No. 11 | *(signature)* | 4/15/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| OFF. ASBAN ( S. CLARA CO. D.O.C.) | |
| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
| | 4/15/08 | 1130 | am |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $4 | | | $4 | | $4 00 | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1.  CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

RICHARD GILBERT GUTIERREZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 07-03834 RMW

V.

SUPULVEDA, et al

TO:

CAPTAIN D. SEPULVEDA
Santa Clara County Jail
885 North San Pedro Street
San Jose, California 95110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Richard G. Gutierrez
CNS 503
Santa Clara County Jail
885 North San Pedro Street
San Jose, California 95110

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

March 5, 2008
DATE

D. Miyashiro
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 4/15/08 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| K. LEONG / DUSM | |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served: _____

☒  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:  OFF. ASBAN
S. CLARA  CO.  DEPT. OF  CORRECTIONS

☐  Returned unexecuted: _____

☐  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/15/08
                Date

Signature of Server

USMS  S.JOSE, CA
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.