**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                                General Court Number
Clerk                                                                                                                                   408.535.5363

May 8, 2008

Office of Legal Affairs
California Department of Corrections
1515 S. Street
Sacramento, California 95814

Attention: Catherine Bernstein
             Assistant General Counsel

Re: **Richard G. Gutierrez  v.  Sepulveda, et al C07-3834  RMW (PR)**

Dear Ms. Bernstein,

    Pursuant to the attached Order of Service, I am requesting assistance in obtaining the current addresses for Correctional Officer Borish, Dr. Gotapottie and Dr. Lukeridge.  If necessary, the addresses may be submitted under seal.

    If you have any questions or need further information, please contact me at (408) 535-5373.

                                                    Sincerely,


                                                    Diane Miyashiro
                                                    Case Systems Administrator

Attachment