```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
 3  San Jose, California 95110-1770
    Telephone: (408) 299-5900
 4  Facsimile: (408) 292-7240

 5  Attorneys for Defendants
    EDWARD FLORES, DAVID SEPULVEDA,
 6  OFFICER TRBOVICH, OFFICER
    ARMENTA, OFFICER SIMONSON,
 7  OFFICER S. JOHNSON, OFFICER
    DOMINGUEZ, OFFICER MONACK, DR.
 8  LUKRICH, DR. GADDIPATIE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GUTIERREZ,<br><br>    Plaintiff,<br><br>v.<br><br>CHIEF E. FLORES, CAPTAIN D. SEPULVEDA c/o BORISH, ROMERO, DOMINGEZ c/o TROBOVICH, ARMENTA, S. JOHNSON, R/N CAROL, MOLLY CHONG, CARRIE, LINDA, NURSE CONNIE, RUBY, RUDY, TOM, MEME, ELIZABETH, ANNABELL, DOCS, LUKERIDGE<br><br>    Defendants. | No.  C07-3834 RMW (PR)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION IN SUPPORT OF UNENUMERATED RULE 12(b) MOTION TO DISMISS COMPLAINT FOR FAILURE TO EXHAUST AVAILABLE ADMINISTRATIVE REMEDIES**<br>[42 U.S.C. § 1997e(a)]<br><br>Date:  No Hearing Date<br>Judge: Honorable Ronald M. Whyte |

PLEASE TAKE NOTICE Defendants Edward Flores, David Sepulveda, Officer Trbovich, Officer Armenta, Officer Simonson, Officer S. Johnson, Officer Dominguez, Officer Monack, Dr. Lukrich, and Dr. Gaddipatie will and hereby do move the Court to dismiss Plaintiff's Complaint as to all Defendants pursuant to 42 U.S.C. § 1997e(a) and Rule 12(b) of the Federal Rules of Civil Procedure on the grounds that Plaintiff has not exhausted his administrative remedies prior to filing suit.

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Notice of Motion in Support
of Unenumerated Rule 12(b) Motion        -1-        C07-3834 RMW (PR)

1  This motion to dismiss will be based on this Notice of Motion and Motion, Memorandum
2  of Points and Authorities filed herewith, Declaration of Officer Asban, Declaration of Lisa
3  Marti-Tores, Declaration of Sonia Rivera, the pleadings, records, and papers filed herein, and
4  such other and further oral and documentary evidence and legal memoranda as may be
5  presented at or by the hearing on these issues, if any such hearing is ordered by the Court.

6  Dated: May 14, 2008                                   Respectfully submitted,

7                                                        ANN MILLER RAVEL
                                                         County Counsel

                                                  By:          /S/
9                                                        MARK F. BERNAL
                                                         Deputy County Counsel
10                                                       Attorneys for Defendants
                                                         EDWARD FLORES, DAVID
11                                                       SEPULVEDA, OFFICER TRBOVICH,
                                                         OFFICER ARMENTA, OFFICER
12                                                       SIMONSON, OFFICER S. JOHNSON,
                                                         OFFICER DOMINGUEZ, OFFICER
13                                                       MONACK, DR. LUKRICH, DR.
                                                         GADDIPATIE

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Notice of Motion in Support
of Unenumerated Rule 12(b) Motion          -2-                    C07-3834 RMW (PR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Richard Gutierrez v. Chief E. Flores, et al.*                    C07-3834 RMW (PR)

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **DEFENDANTS' NOTICE OF MOTION AND MOTION IN SUPPORT OF UNENUMERATED RULE 12(b) MOTION TO DISMISS COMPLAINT FOR FAILURE TO EXHAUST AVAILABLE ADMINISTRATIVE REMEDIES [42 U.S.C. § 1997e(a)]** by placing said copy in an envelope addressed to:

Richard Gutierrez
CNS 503
Santa Clara County Jail
885 N. San Pedro St.
San Jose, CA. 95110

which envelope was then sealed, with postage fully prepaid thereon, on **May 14, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **May 14, 2008,** at San Jose, California.

_____
Catherine M. Grijalva