ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
EDWARD FLORES, DAVID SEPULVEDA,
OFFICER TRBOVICH, OFFICER
ARMENTA, OFFICER SIMONSON,
OFFICER S. JOHNSON, OFFICER
DOMINGUEZ, OFFICER MONACK, DR.
LUKRICH, DR. GADDIPATIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GUTIERREZ,<br><br>    Plaintiff,<br><br>v.<br><br>CHIEF E. FLORES, CAPTAIN D. SEPULVEDA c/o BORISH, ROMERO, DOMINGEZ c/o TROBOVICH, ARMENTA, S. JOHNSON, R/N CAROL, MOLLY CHONG, CARRIE, LINDA, NURSE CONNIE, RUBY, RUDY, TOM, MEME, ELIZABETH, ANNABELL, DOCS, LUKERIDGE<br><br>    Defendants. | No. C07-3834 RMW (PR)<br><br>**DECLARATION OF OFFICER ASBAN IN SUPPORT OF UNENUMERATED RULE 12(b) MOTION**<br><br>Date: No Hearing Date<br>Judge: Honorable Ronald M. Whyte |

I, Officer Michelle Asban, declare:

    1.    I have personal knowledge of all the matters stated herein and could testify truthfully thereto if called to testify. I am a Corrections Officer employed by the County of Santa Clara's Department of Correction ("DOC"). I am currently the DOC Court Liaison Officer, am familiar with the booking and grievance procedures of the DOC, and am authorized to authenticate the attached records, which are from the custody file of inmate Richard Gutierrez (PFN # CNS503; Booking # 06058776).

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of Officer Asban in Support of
Unenumerated Rule 12(b) Motion      -1-      C07-3834 RMW (PR)

2. Richard Gutierrez is an inmate of the DOC, and has been since August 30, 2006. Attached hereto as Exhibit A is a true and correct copy of the DOC Booking Record confirming this date of incarceration (confidential and privileged information not pertinent to the date of incarceration are redacted to protect the privacy and privilege rights of Mr. Gutierrez, emergency contact persons, and the DOC, as well to preserve confidential, proprietary classification information that may jeopardize the safety and security of DOC facilities).

3. The DOC has established a formal grievance policy for inmates. Inmates are informed of the grievance policy and procedure in the Inmate Orientation and Rule Book, which is provided to each inmate at the time they are processed for incarceration. The DOC followed this practice when it incarcerated Richard Gutierrez in 2006. It is the DOC's standard practice to have each inmate acknowledge receipt of the Rule Book by signing the cover page, which is then removed and placed into their respective custody files. Attached hereto as Exhibit B is a true and correct copy of the acknowledgment signed by Richard Gutierrez and located in his custody file.

4. True and correct copies of pages 8 and 9 of the Rule Book, which set forth the grievance policies and procedures, including the exhaustion procedures, are attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 24 day of April, 2008, at San Jose, California.

MICHELLE ASBAN

123329.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of Officer Asban in Support of
Unenumerated Rule 12(b) Motion                -2-                C07-3834 RMW (PR)