# CJIC BOOKING

SANTA CLARA COPT. OF CORRECTION

BOOKING RECO

| | | PERSON FILING NO. | BOOKING DATE/TIME | | BOOKING LOCATION | OFFICER |
|---|---|---|---|---|---|---|
| 060508776 | | CNS503 | 08/30/2006 064 | | | |

| LAST NAME | | FIRST | | MIDDLE | | DATE OF BIRTH | POB | CITIZEN | BOOKING TYP |
|---|---|---|---|---|---|---|---|---|---|
| GUTIERREZ | | RICHARD | | GILBERT | | | | | |

| SOCIAL SECURITY NO | DRIVER'S LICENSE | | SEX | RACE | HEIGHT | WEIGHT | HAIR | EYES | SALIENT CHARACTERISTICS |
|---|---|---|---|---|---|---|---|---|---|
| | | | M | H | 508 | 170 | BK | BR | |

| ADDRESS | STREET | APT. | CITY | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|---|
| | | | | | | |

| EMERGENCY NOTIFICATION | RELN. | EMPLOYER | OCCUPATION | UNION | LOCAL N |
|---|---|---|---|---|---|
| | | | | | |

| EMERGENCY ADDRESS | STREET | APT. | CITY | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|---|
| | | | | | | |

| | DATE | COURT | DATE | | | |
|---|---|---|---|---|---|---|
| | | | | CLASSIFICATION CODE | HOUSING CODE | |

YES ☐
NO ☐

1.                    2.

| | DATE | CODE | SECTION | M/F | COURT | DOCKET NO. | ARREST DEPT. | DISP. DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |

COURT DATA SENTENCE INFORMATION

| | | | FULL TIME | |
|---|---|---|---|---|
| | | | GOOD TIME | |
| | | | WORK TIME | |
| | | | BY | |
| | | | FULL TIME | |
| | | | GOOD TIME | |
| | | | WORK TIME | |
| | | | BY | |

‼ CONFIDENTIAL

| FULL TIME | | FULL TIME | |
|---|---|---|---|
| GOOD TIME | | GOOD TIME | |
| WORK TIME | | WORK TIME | |
| BY | | BY | |