# MAIN JAIL COMPLEX



INMATE ORIENTATION AND RULE BOOK



# ENGLISH VERSION

I have received a copy of the Main Jail Men's Correctional Facility's Orientation and Rule Book. I acknowledge that I am responsible for reading, understanding and following the rule information contained in this book. If I have questions or am unsure of rule information, I understand that I may ask an Officer for assistance and/or clarification.

INMATE'S NAME: GUTIERREZ, RICHARD    BKG #: 06058776

INMATE'S SIGNATURE: _____

WITNESSING OFFICER: _____

DATE: 8-30-06

---

**AFTER SIGNATURE, REMOVE THIS PAGE FROM ORIENTATION AND RULE BOOK AND FILE IN THE INMATE'S CUSTODY JACKET.**

3033-M Rev. 7/06