**MAIN JAIL COMPLEX**
150 West Hedding Street
San Jose, CA 95110



# INMATE ORIENTATION AND RULE BOOK

Revised 07/12/2006

# TABLE OF CONTENTS

| Section | Page |
|---|---|
| Main Jail Complex Mission and Philosophy Statement | 2 |
| Inmate Rights and Responsibilities | 3 |
| Sexual Harassment Information | 4 |
| Accommodation of Hearing Impaired Inmates | 5 |
| General Information | 6 |
| Modification & Suspension of Inmate Services & Rules | 6 |
| Clothing and Bedding | 7 |
| Commissary | 7 |
| Count and Inspections | 7 |
| Courts and Counsel | 8 |
| Exercise and Recreation | 8 |
| Grievance Procedure | 8 |
| Grooming Kits and Hygiene Kits | 9 |
| In-Custody Personal Property | 9 |
| Inmate Request Forms | 10 |
| Law Library/Legal Research | 10 |
| Library Services | 10 |
| Lights Out/Wake Up | 10 |
| Mail | 12 |
| Meals | 12 |
| Medical/Dental Care and Mental Health Services | 13 |
| Property and Money | 14 |
| Release | 15 |
| Sanitation | 15 |
| Telephones | 16 |
| Visiting | 17 |
| Voting | 17 |
| Work Time/Credit (4019 P.C.) | 18 |
| Emergency Procedures | 18 |
| Fire | 18 |
| Earthquakes | 18 |
| Medical Emergencies | 19 |
| Electrical Power Failure | 19 |
| Release Programs: Work Furlough, PSP, WWP | 20 |
| Facility Programs | 21 |
| Inmate Services: Chaplain and Friends Outside | 22 |
| Inmate Rules of Conduct | 22 |
| Criminal Offenses | 27 |
| Major Offenses | 32 |
| Minor Offenses | 36 |
| Major Rule Violation Procedure | 38 |
| Minor Rule Violation Procedure | 39 |
| Directory of Government Agencies | |

Division Commander will either affirm or reverse the decision and will give you a written response.

You may correspond confidentially with either the Division Commander or the Chief of Correction. You will receive a written response. The Division Commander's address is: Main Jail Complex Division Commander, 150 West Hedding Street, San Jose, CA 95110-1700. The Chief's address is: Department of Correction Administration, 180 West Hedding Street, San Jose, CA, 95110-1772.

### GROOMING KITS

Grooming kits are available which include nail clippers. These items are security items and must be accounted for at all times. Contact your unit Officer for use of these items.

### HYGIENE KITS

All inmates will be given, free of charge, a hygiene kit when housed. The kit consists of a spork, Tylenol, a toothbrush, toothpaste and a comb. Replacement items except the spork may be purchased through commissary. Inmates who do not have money to purchase them may replace them free using the Indigent order form. If money is received later, the account will be reimbursed at that time. Razors will be provided and replaced free of charge once a week on a one-to-one exchange basis. Razor exchange will be conducted at the same time as commissary delivery. The Kitchen staff will replace Sporks as needed.

### IN-CUSTODY PERSONAL PROPERTY

All personal property consisting of, but not limited to, commissary, mail, hygiene products and books/magazines will be stored in your plastic bin. No clothing or open food containers will be stored within this bin. You are only allowed to possess one bin. Excess items will be placed on your property. <u>All food served for breakfast, lunch or dinner must be consumed by 6 p.m.</u>

### INMATE REQUEST FORMS

9

---

- Inmates must be fully dressed
- Beds made with all blankets and sheets tucked in
- Desktop clear of any and all items
- Nothing on any wall, ceiling or hanging from the desk or shelf
- Nothing covering or blocking the lights or window
- No obstructions on the vents or intercom
- Cell/dorm must be clean and sanitary
- All personal property consisting of, but not limited to, commissary, mail, hygiene products and books/magazines will be stored inside your plastic storage bin.

### COURTS AND COUNSEL

If you wish to communicate with the courts or your attorney, you may do so through the mail and by telephone during your program time. You may have interviews with your attorney at this facility at any time except during official counts, meal times and facility lock downs (section 825 P.C.).

### EXERCISE AND RECREATION

Access to exercise and recreation areas depend on the housing area to which you are assigned, as posted in the unit sundeck schedules. Schedules and exercise equipment vary depending on your housing area. Recreation schedules may be postponed or cancelled by inclement weather.

### GRIEVANCE PROCEDURE

You may grieve any condition of confinement over which the Department of Correction has control. You should first direct your complaint to the Officer in charge of your housing unit. If the Officer is unable to resolve the grievance, you may then complete an Inmate Grievance Form and hand it to any Officer. The Officer should give you a signed copy of the grievance as a receipt. Grievance forms are available at the housing units.

If the Officer cannot resolve the grievance it will be forwarded to a Sergeant. The Sergeant will attempt to resolve the grievance. If the Sergeant cannot resolve the grievance, it will be forwarded to the Watch Commander. The Watch Commander will determine the appropriate actions to take and ensure you receive a written response.

If a grievance is denied, a reason for denial will be noted on the grievance. You may appeal the decision by writing a letter to the Division Commander. The

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Richard Gutierrez v. Chief E. Flores, et al.*  C07-3834 RMW (PR)

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **DECLARATION OF OFFICER ASBAN IN SUPPORT OF UNENUMERATED RULE 12(b) MOTION** by placing said copy in an envelope addressed to:

Richard Gutierrez
CNS 503
Santa Clara County Jail
885 N. San Pedro St.
San Jose, CA. 95110

which envelope was then sealed, with postage fully prepaid thereon, on **May 14, 2008**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **May 14, 2008**, at San Jose, California.

_____
Catherine M. Grijalva