ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
EDWARD FLORES, DAVID SEPULVEDA, OFFICER TRBOVICH, OFFICER ARMENTA, OFFICER SIMONSON, OFFICER S. JOHNSON, OFFICER DOMINGUEZ, OFFICER MONACK, DR. LUKRICH, DR. GADDIPATIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GUTIERREZ<br><br>Plaintiff,<br><br>v.<br><br>CHIEF E. FLORES, CAPTAIN D. SEPULVEDA c/o BORISH, ROMERO, DOMINGEZ c/o TROBOVICH, ARMENTA, S. JOHNSON, R/N CAROL, MOLLY CHONG, CARRIE, LINDA, NURSE CONNIE, RUBY, RUDY, TOM, MEME, ELIZABETH, ANNABELL, DOCS, LUKERIDGE<br><br>Defendants. | No.   C07-3834 RMW (PR)<br><br>**DECLARATION OF LISA MARTI-TORES IN SUPPORT OF UNENUMERATED RULE 12(b) MOTION**<br><br>Date:  No Hearing Date<br>Judge: Honorable Ronald M. Whyte |

I, Lisa Marti-Tores, declare:

1. I have personal knowledge of all the matters stated herein and could testify truthfully thereto if called to testify. I am an Administrative Support Officer II employed by the County of Santa Clara's Department of Correction ("DOC"). I am familiar with the grievance procedures of the DOC. As part of my job duties I log grievances, correspondence, and other complaints submitted by DOC inmates housed at the DOC's Main Jail, including written appeals of grievance determinations. I maintain separate files of such records for each

1  respective inmate. I am authorized to authenticate the attached records, which are from the
2  Main Jail custody file of inmate Richard Gutierrez (PFN # CNS503; Booking # 06058776).
3      2.    Richard Gutierrez submitted seven grievances to the DOC while housed at the Main
4  Jail. Each such grievance is itemized below.
5      3.    Attached hereto as Exhibit A is a true and correct copy of Richard Gutierrez's
6  grievance dated March 17, 2007.
7      4.    Attached hereto as Exhibit B is a true and correct copy of Richard Gutierrez's
8  grievance dated April 18, 2007.
9      5.    Attached hereto as Exhibit C is a true and correct copy of Richard Gutierrez's
10 grievance dated May 25, 2007.
11     6.    Attached hereto as Exhibit D is a true and correct copy of Richard Gutierrez's
12 grievance dated June 23, 2007.
13     7.    Attached hereto as Exhibit E is a true and correct copy of Richard Gutierrez's
14 grievance dated July 4, 2007.
15     8.    Attached hereto as Exhibit F is a true and correct copy of Richard Gutierrez's
16 grievance dated September 24, 2007.
17     9.    Attached hereto as Exhibit G is a true and correct copy of Richard Gutierrez's
18 grievance dated September 24, 2007.
19     10.    Attached hereto as Exhibit H is a true and correct copy of Richard Gutierrez's
20 grievance dated October 4, 2007.
21     11.    Attached hereto as Exhibit I is a true and correct copy of Richard Gutierrez's
22 grievance dated October 8, 2007.
23 //
24 //
25 //
26 //
27 //
28 //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of Lisa Marti-Tores in Support of
Unenumerated Rule 12(b) Motion    -2-    C07-3834 RMW (PR)

1  12. I have reviewed my files and confirmed that they are devoid of any written correspondence to the Main Jail Facility Division Commander, Captain David Sepulveda, appealing any grievance determination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __25__ day of April, 2008, at San Jose, California.

_____
LISA MARTI-TORES

123363.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of Lisa Marti-Tores in Support of
Unenumerated Rule 12(b) Motion    -3-    C07-3834 RMW (PR)