Main Jail [ ]    Main Jail South [ ] **COPY** SANTA CLARA COUNTY DEPARTMENT OF CORRECTION    Elmwood [ ]    CCW [ ]
North County Jail [ ]    **INMATE GRIEVANCE FORM**    WRC [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06058776 | HOUSING UNIT: 6 4 |
|---|---|---|

DETAILS OF GRIEVANCE.  PRINT! BE SPECIFIC: **This is a Grievance if it is lost or misplaced then I Shall consider The lost or misplacemet as an Exhaustion of Admin istraghtive Remedies in Their Totatitity, Also I request this grievance be issued A log number for Tracking urposes.    On Jan. 26,2007 I was in pain Due to**

WHAT SOLUTION ARE YOU RECOMMENDING?: **See Pg.2 continued**

Your Signature: Richard Gutierrez    Date: 3 /17/07    Time: 4 AM/PM
(Do NOT write below this line) Use additional sheets if necessary)
*************************************************************
Received from Inmate on:
Day: SAT    Date: 3/17/07    Time: 0300 Officer: PRICE #1755    Team: 1

RESPONDING OFFICER'S STATEMENT (Please print): _____

_____

_____

COPY

[ ] Resolved   [ ] Refer to Level II

Officer's Name: _____    Team: ___    Date: __/__/__
*************************************************************
SUPERVISOR'S ACTION: I DO NOT REMEMBER TALKING WITH GUTIERREZ. HOWEVER, I WOULD HAVE TAKEN THE APPROPRIATE ACTION IF THERE WAS NOT A PROBLEM OR INJURY TO AN INMATE.
[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: SIMONSON #1657    Team: B    Date: 03/22/2007
*************************************************************
SHIFT LIEUTENANT REVIEW:  [X] Concur  [ ] Reversed  YOUR COMPLAINT ABOUT THE ELMWOOD STAFF AND MEDICAL STAFF WILL BE FORWARDED TO THEM FOR A RESPONSE. THE MAIN JAILS PORTION has been responded to above.
SIGNATURE: Lt. M. Conner #209    Date: 3/22/07    Time: 1307
*************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: _____    Date Assigned: __/__/__
Date Due: 03/24/07

ADDITIONALLY OUR INTERNAL AFFAIRS UNIT IS LOOKING INTO YOUR COMPLAINT. #209

**!! CONFIDENTIAL**

Response by: _____    Title: _____    Date: __/__/__    Time: _____
*************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ] Concur  [ ] Reversed  _____

SIGNATURE: Lt. M. Conner #209    Date: 3/22/07    Time: 1307
RESPONSE RETURNED TO INMATE: Date: 03/22/07    Time: _____    By: _____
Distribution:   White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)
6985 REV 7/02

Main Jail [✓]   Main Jail South [ ]   North County Jail [ ]   **COPY**

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM**

68705   PG1   Elmwood [ ]   CCW [ ]   WRC [ ]

| INMATE'S NAME: Richard Gutierra | BOOKING NUMBER: 06058776 | HOUSING UNIT: 6 H |

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** This is a Grievance if it is lost or misplaced then I shall consider The lost or misplacemet as an Exhaustion of Administraghtive Remedies in Their Totatity, Also I Request this grievance be issued A log number for Tracking Purposes.   On Jan. 26, 2007 I was in pain Due to

**WHAT SOLUTION ARE YOU RECOMMENDING?:** See Pg2 continued

Your Signature: Richard Gutierrez   Date: 3/17/07   Time: 4 AM/PM
(Do NOT write below this line   Use additional sheets if necessary)

Received from Inmate on:
Day: SAT   Date: 3/17/07   Time: 0300   Officer: PRICE #1755   Team: 1

RESPONDING OFFICER'S STATEMENT (Please print):

[ ] Resolved  [✓] Refer to Level II

Officer's Name: _____  Team: ___  Date: __/__/__

SUPERVISOR'S ACTION:

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____  Team: ___  Date: __/__/__

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed
The issue/complaint regarding being dropped by officer is already being investigated.
SIGNATURE: _____   Date: 3/29/07   Time: 0400

SUPPORT SERVICE RESPONSE: Unit Assigned: _____ Taylor  Date Assigned: 3/23/07
Date Due: 03-24-07 (4-3-07)
3/23 copy to Katie Bailey for medical issue

**⚠ CONFIDENTIAL**

Response by: _____  Title: _____  Date: __/__/__  Time: ___

FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____  Date: __/__/__  Time: ___

RESPONSE RETURNED TO INMATE: Date: ___/ Time: ___ By: ___
Distribution:  White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

Main Jail  [ ]
Main Jail South  [ ]
North County Jail [ ]

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

792

Elmwood  [ ]
CCW  [ ]
WRC  [ ]

| INMATE'S NAME: Richard Giutierrez | BOOKING NUMBER: 0655872 | HOUSING UNIT: 6A |
|---|---|---|

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** recent back Surgery. I have Screws inserted in my Spine. I told the nurse to help me and the nurse would not. While being Transported from Elmwood To Main Jail Three c/o Borish, Johnson and anott c/o John Doe. Took me off the gurney and droped me on the floor. Then they dragged me about 100 to 150 feet

**WHAT SOLUTION ARE YOU RECOMMENDING?:** See Pg 3 continued

Your Signature: _Richard Gutierrez_    Date: 3 /17/ 07   Time: 4 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Received from Inmate on:
Day:_____ Date:____/____/____ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____

_____

_____

_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name:_____ Team:_____ Date:____/____/____
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
SUPERVISOR'S ACTION:_____

_____

_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name:_____ Team:_____ Date:____/____/____
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed  _____

_____

_____

SIGNATURE:_____ Date:____/____/____ Time:_____
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:____/____/____
Date Due:____/____/____

_____

_____  CONFIDENTIAL

Response by:_____ Title:_____ Date:____/____/____ Time:_____
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ] Concur  [ ] Reversed  _____

_____

SIGNATURE:_____ Date:____/____/____ Time:_____
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
RESPONSE RETURNED TO INMATE: Date:____/____/____ Time:_____ By:_____
Distribution:  White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

Main Jail [ ]    SANTA CLARA COUNTY DEPARTMENT OF CORRECTION    Elmwood [ ]
Main Jail South [ ]    INMATE GRIEVANCE FORM    CCW [ ]
North County Jail [ ]    COPY    WRC [ ]

Pg 3

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06058776 | HOUSING UNIT: 6 A |

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** to a Van outside. Then they Slammed my back against The vans steps while nurses Watched. Nurse David (ASIAN) watched theCorrectional Officers conduct. Then those C/o's pushed me in the van They Slammed me head first and twisted my legs. I was in tremendous Pain and The officers

**WHAT SOLUTION ARE YOU RECOMMENDING?:** See Page 4 Continued

Your Signature: Richard Gutierrez    Date: 3/17/07    Time: 4 (AM) PM
(Do NOT write below this line. Use additional sheets if necessary)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Received from Inmate on:
Day:_____ Date:____/____/____ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____
_____
_____
_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name:_____ Team:_____ Date:____/____/____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPERVISOR'S ACTION:_____
_____
_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name:_____ Team:_____ Date:____/____/____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed _____
_____
_____

SIGNATURE:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:____/____/____
Date Due:____/____/____
_____
_____

🔒 CONFIDENTIAL

_____
Response by:_____ Title:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ] Concur  [ ] Reversed _____
_____

SIGNATURE:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RESPONSE RETURNED TO INMATE: Date:____/____/____ Time:_____ By:_____
Distribution:  White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

Main Jail [ ]    XEROX    SANTA CLARA COUNTY DEPARTMENT OF CORRECTION    Elmwood [ ]
Main Jail South [ ]    COPY    INMATE GRIEVANCE FORM    CCW [ ]
North County Jail [ ]                                          P94    WRC [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 0605877 | HOUSING UNIT: 6·A |

DETAILS OF GRIEVANCE.  PRINT! BE SPECIFIC!: Should have used a
Wheel Chair Next I get droped again upon
Arrival By C/o Jane Doe Then advised
Sgt Sargents Simmions On Sat Jan. 27, 2007 At
700 A.M. When the Sargents Simmions and
Sargent John Doe came to the INFARMARY. The

WHAT SOLUTION ARE YOU RECOMMENDING?: See P95 Continued

Your Signature: Richard Gutierrez    Date: 3 / 17 / 07   Time: 4  AM/PM
(Do NOT Write below this line. Use additional sheets if necessary)
*********************************************************************
Received from Inmate on:
Day:_____ Date:____/____/____  Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____
_____
_____
_____
_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name:_____ Team:_____ Date:____/____/____
*********************************************************************
SUPERVISOR'S ACTION:_____
_____
_____
_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name:_____ Team:_____ Date:____/____/____
*********************************************************************
SHIFT LIEUTENANT REVIEW:  [ ]  Concur  [ ]  Reversed  _____
_____
_____

SIGNATURE:_____ Date:____/____/____ Time:_____
*********************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:____/____/____
Date Due:____/____/____
_____
_____

⚠ CONFIDENTIAL
_____
Response by:_____ Title:_____ Date:____/____/____ Time:_____
*********************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ]  Concur  [ ]  Reversed  _____

SIGNATURE:_____ Date:____/____/____ Time:_____
*********************************************************************
RESPONSE RETURNED TO INMATE: Date:____/____/____ Time:_____ By:_____
Distribution:    White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

Main Jail [ ]    SANTA CLARA COUNTY DEPARTMENT OF CORRECTION    Elmwood [ ]
Main Jail South [ ]    **INMATE GRIEVANCE FORM**    CCW [ ]
North County Jail [ ]    Pg5    WRC [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 0605877b | HOUSING UNIT: 6.A |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: Excessive use of force compounded the pain. I believe the C/O's Acted out of conformatory of their duties by Applying unnecessary force and with an Attitude of deliberate indifferance for my safty. I request that this Grievance Complaint be investigated

WHAT SOLUTION ARE YOU RECOMMENDING?: See Pg 6 Continued

Your Signature: Richard Gutierrez    Date: 3/17/07 Time: 4 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
************************************************************
Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____
_____
_____
_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name:_____ Team:_____ Date:___/___/___
************************************************************
SUPERVISOR'S ACTION:_____
_____
_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name:_____ Team:_____ Date:___/___/___
************************************************************
SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed _____
_____
_____

SIGNATURE:_____ Date:___/___/___ Time:_____
************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:___/___/___
Date Due:___/___/___
_____
_____

🔒 CONFIDENTIAL

Response by:_____ Title:_____ Date:___/___/___ Time:_____
************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ] Concur  [ ] Reversed _____

SIGNATURE:_____ Date:___/___/___ Time:_____
************************************************************
RESPONSE RETURNED TO INMATE: Date:_____ Time:_____ By:_____
Distribution:  White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

Elmwood [ ]
CCW [ ]
WRC [ ]

Pg 6

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06058776 | HOUSING UNIT: 6A |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: by D.O.C. Administrative Personel and resolved to the Highest level of Exhaustion Thank you

See Pg 7 Continued

WHAT SOLUTION ARE YOU RECOMMENDING?: That the 3rd and 4th c/o To the

Your Signature: Richard Gutierry Date: 3/17/07 Time: 4 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Received from Inmate on:
Day:_____ Date:____/____/____ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name:_____ Team:_____ Date:____/____/____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPERVISOR'S ACTION:_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name:_____ Team:_____ Date:____/____/____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed _____

SIGNATURE:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:____/____/____
Date Due:____/____/____

CONFIDENTIAL

Response by:_____ Title:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ] Concur  [ ] Reversed _____

SIGNATURE:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RESPONSE RETURNED TO INMATE: Date:____/____/____ Time:_____ By:_____
Distribution:  White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

**COPY**

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

P97

Elmwood [ ]
CCW [ ]
WRC [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06058776 | HOUSING UNIT: 6 A |

**DETAILS OF GRIEVANCE.   PRINT! BE SPECIFIC!:** _____

See Pg 8 Continue

**WHAT SOLUTION ARE YOU RECOMMENDING?:** Complaint names be forwarded

Your Signature: _____ Date: ___/___/___ Time: _____AM/PM

(Do NOT write below this line.  Use additional sheets if necessary)
*************************************************************************
Received from Inmate on:
Day: _____ Date: ___/___/___ Time: _____ Officer: _____ Team: _____

**RESPONDING OFFICER'S STATEMENT (Please print):** _____

[ ] Resolved   [ ] Refer to Level II

Officer's Name: _____ Team: _____ Date: ___/___/___
*************************************************************************
**SUPERVISOR'S ACTION:** _____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____ Team: _____ Date: ___/___/___
*************************************************************************
SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed _____

SIGNATURE: _____ Date: ___/___/___ Time: _____
*************************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: _____ Date Assigned: ___/___/___
Date Due: ___/___/___

**[!] CONFIDENTIAL**

Response by: _____ Title: _____ Date: ___/___/___ Time: _____
*************************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ] Concur  [ ] Reversed _____

SIGNATURE: _____ Date: ___/___/___ Time: _____
*************************************************************************
RESPONSE RETURNED TO INMATE: Date: ___/___/___ Time: _____ By: _____
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

Main Jail  [ ]                          Elmwood [ ]
Main Jail South [ ]                     CCW [ ]
North County Jail [ ]                   WRC [ ]

Pg 8

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06058776 | HOUSING UNIT: 6.A |
|---|---|---|

DETAILS OF GRIEVANCE.  PRINT! BE SPECIFIC!: _____

_____

See Pg 9 Continue

_____

WHAT SOLUTION ARE YOU RECOMMENDING?: to me. That all four c/o be

Your Signature: *Richard Gutierrez*    Date: 3/17/07 Time: 4 ᴰ/PM
(Do NOT write below this line. Use additional sheets if necessary)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Received from Inmate on:
Day:_____Date:____/____/____Time:_____Officer:_____Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____

_____

_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name:_____  Team:_____ Date:____/____/____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPERVISOR'S ACTION:_____

_____

_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name:_____  Team:_____ Date:____/____/____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SHIFT LIEUTENANT REVIEW:  [ ]  Concur  [ ]  Reversed  _____

_____

_____

SIGNATURE:_____  Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:____/____/____
Date Due:____/____/____

_____

!CONFIDENTIAL

_____

Response by:_____  Title:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FACILITY COMMANDER/DESIGNEE REVIEW:  [ ]  Concur  [ ]  Reversed  _____

_____

SIGNATURE:_____  Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RESPONSE RETURNED TO INMATE: Date:____/____/____ Time:_____ By:_____
Distribution:   White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

Main Jail [ ]  
Main Jail South [ ] **ⒸCOPY** SANTA CLARA COUNTY DEPARTMENT OF CORRECTION  
North County Jail [ ]    **INMATE GRIEVANCE FORM**    P99    Elmwood [ ]  
CCW [ ]  
WRC [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06055876 | HOUSING UNIT: 6 A |

**DETAILS OF GRIEVANCE.  PRINT! BE SPECIFIC!:** _____

_____

See Pg 10 Continued

_____

_____

**WHAT SOLUTION ARE YOU RECOMMENDING?:** repremended And the Inmate be

Your Signature: Richard Gutierrez   Date: 3/17/07   Time: 4 ☐/PM
(Do NOT write below this line  Use additional sheets if necessary)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Received from Inmate on:
Day:_____ Date:____/____/____ Time:_____ Officer:_____ Team:_____

**RESPONDING OFFICER'S STATEMENT (Please print):** _____

_____

_____

_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name:_____ Team:_____ Date:____/____/____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SUPERVISOR'S ACTION:** _____

_____

_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name:_____ Team:_____ Date:____/____/____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SHIFT LIEUTENANT REVIEW:**  [ ]  Concur  [ ]  Reversed  _____

_____

_____

SIGNATURE:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SUPPORT SERVICE RESPONSE:** Unit Assigned:_____ Date Assigned:____/____/____
Date Due:____/____/____

_____

_____    **⚠ CONFIDENTIAL**

_____

Response by:_____ Title:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**FACILITY COMMANDER/DESIGNEE REVIEW:**  [ ]  Concur  [ ]  Reversed  _____

_____

SIGNATURE:_____ Date:____/____/____ Time:_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RESPONSE RETURNED TO INMATE: Date:____/____/____ Time:_____ By:_____
Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

COPY

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

Pg 16

Elmwood [ ]
CCW [ ]
WRC [ ]

| INMATE'S NAME: Richard Gutierrez | BOOKING NUMBER: 06058776 | HOUSING UNIT: MJ 6-A. |
|---|---|---|

DETAILS OF GRIEVANCE.  **PRINT! BE SPECIFIC!:** _____

_____

_____

_____

_____

_____

WHAT SOLUTION ARE YOU RECOMMENDING?: financial imburst for Pain/Suffering

Your Signature: Richard Gutierrez    Date: 3/17/07  Time: 4 AM/PM
(Do NOT write below this line   Use additional sheets if necessary)
************************************************************
Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print):_____

_____

_____

_____

[ ] Resolved   [ ] Refer to Level II

Officer's Name:_____ Team:____ Date:___/___/___
************************************************************
SUPERVISOR'S ACTION:_____

_____

_____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name:_____ Team:____ Date:___/___/___
************************************************************
SHIFT LIEUTENANT REVIEW:   [ ] Concur   [ ] Reversed  _____

_____

_____

SIGNATURE:_____ Date:___/___/___ Time:_____
************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned:_____ Date Assigned:___/___/___
Date Due:___/___/___

_____

[!] CONFIDENTIAL

_____

Response by:_____ Title:_____ Date:___/___/___ Time:_____
************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:   [ ] Concur   [ ] Reversed  _____

_____

SIGNATURE:_____ Date:___/___/___ Time:_____
************************************************************
RESPONSE RETURNED TO INMATE: Date:___/___/___ Time:_____ By:_____
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)