# SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM

Main Jail [ ]   Elmwood [ ]
Main Jail South [ ]   CCW [ ]
North County Jail [ ]   WRC [ ]

INMATE'S NAME: Richard Gutierrez
BOOKING NUMBER: 06058776
HOUSING UNIT: MJ 6·A·34

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** I asked the Dieabetic Nurse to check my sugar level on April the 18th At 330 PM. He refused to check it. My sugar level has been around 300 All month If I go blind while I am here my Faimly wont be happy, I just went to VMC for eye check up

**WHAT SOLUTION ARE YOU RECOMMENDING?:** Nurse IKE be reprimanded

Your Signature: Richard Autiery
Date: 4/18/07  Time: 345 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: ___ Date: __/__/__ Time: ___ Officer: ___ Team: ___

RESPONDING OFFICER'S STATEMENT (Please print): ___

MAIN JAIL MEDICAL
/ APR 20 ENT'D

[ ] Resolved   [ ] Refer to Level II

Officer's Name: ___ Team: ___ Date: __/__/__

SUPERVISOR'S ACTION: See response below.

[X] Resolved   [ ] Refer to Level III

Supervisor's Name: ___ Team: ___ Date: __/__/__

SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed ___

SIGNATURE: ___ Date: __/__/__ Time: ___

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical   Date Assigned: 04-20-07
Date Due: 04/26/07

The NURSE WILL be spoken to, you will not be notified of the outcome. YOUR BLOOD SUGAR orders for For Am Every day Now, you will PM no AM be rescheduled see MD to discuss your Blood Sugars

Response by: A. Lee   Title: ___ Date: 4/23/07 Time: 1700

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur  [ ] Reversed ___

SIGNATURE: ___ Date: 4/24/07 Time: 1417

RESPONSE RETURNED TO INMATE: Date: 04/24/07 Time: ___ By: ___

Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)