SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM

Main Jail [✓]
Main Jail South [ ]
North County Jail [✓]
Elmwood [ ]
CCW [ ]
WRC [ ]

# 06058776   69596

**INMATE'S NAME:** Richard Gutierrez
**BOOKING NUMBER:** 06058776
**HOUSING UNIT:** MJ-6-A-37

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** For the last two days I have been in alot of Pain due to Surgery on my Spine. Mr C/O S. Johnson #2653 is aware of my condition. I asked him to take me down to Medical on Fri 5-25-07 At 14:30 He refused. I asked him nice to see a Doctor or Mimi the charge nurse. He said "No, Lock it down!" I asked to see the Sargent, He said No

**WHAT SOLUTION ARE YOU RECOMMENDING?:** That he be repamanded

**Your Signature:** Richard Gutierrez    **Date:** 5/25/07    **Time:** 1500 PM

(Do NOT write below this line. Use additional sheets if necessary)
****************************************************************
Received from Inmate on:
**Day:** WED    **Date:** 6/6/07    **Time:** 0655    **Officer:** ZMURK #2571    **Team:** B

**RESPONDING OFFICER'S STATEMENT (Please print):** Inmate Gutierrez was told by Nurse Carrie that his medical issue was not an emergency and to put in a white card.

[X] Resolved    [ ] Refer to Level II

**Officer's Name:** Johnson, S. #2653    **Team:** B    **Date:** 6/6/07
****************************************************************
**SUPERVISOR'S ACTION:** You were seen by Doctor on 5/29/07. Currently you are on Pain management. Next Dr's Appt. is 6/19/07.

[✓] Resolved    [ ] Refer to Level III
**Supervisor's Name:** Sgt M. Taavol #345    **Team:** B    **Date:** 6/6/07
****************************************************************
**SHIFT LIEUTENANT REVIEW:** [X] Concur    [ ] Reversed

**SIGNATURE:** Lt. M. Conner #209    **Date:** 6/6/07    **Time:** 1457
****************************************************************
**SUPPORT SERVICE RESPONSE:** Unit Assigned: Multi    **Date Assigned:** __/__/__
**Date Due:** 06/01/07

**CONFIDENTIAL**

**Response by:** _____    **Title:** _____    **Date:** __/__/__    **Time:** _____
****************************************************************
**FACILITY COMMANDER/DESIGNEE REVIEW:** [X] Concur    [ ] Reversed

**SIGNATURE:** Lt. M. Conner #209    **Date:** 6/6/07    **Time:** 1457
****************************************************************
**RESPONSE RETURNED TO INMATE:** **Date:** 06/06/07    **Time:** _____    **By:** _____
Distribution: White-Administration