Back pain =

# SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM

Main Jail [ ]   Elmwood [ ]
Main Jail South [ ]   CCW [ ]
North County Jail [ ]   WRC [ ]

**C** COPY

CAJS 503   SEE YELLOW PAPER

INMATE'S NAME: Richard Gutierrez
BOOKING NUMBER: 0605877
HOUSING UNIT: 6A 37

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: Inmate Gutierrez has been in the care of Santa Clara County Jail for over a year. Inmate asserts that medical officials have failed to provide 1) care 2) medical correction (3) after care. Please note: further delay will cause further pain

WHAT SOLUTION ARE YOU RECOMMENDING?: To be treated properly. No delays

Your Signature: Richard Gutierrez   Date: 6/23/07   Time: 1200 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: SUNDAY   Date: 6/24/07   Time: 1543   Officer: DOMINGUEZ #2474   Team: A

RESPONDING OFFICER'S STATEMENT (Please print):
ISSUED WHITE CARD. TO TURN IN TOMORROW MORNING
REFERRED TO MEDICAL

(refuses lab draws)

[ ] Resolved   [X] Refer to Level II
Officer's Name: DOMINGUEZ #2474   Team: A   Date: 6/24/07

SUPERVISOR'S ACTION:

Above noted - see will see in medical clinic immediately

[ ] Resolved   [ ] Refer to Level III
Supervisor's Name: _____   Team: ___   Date: __/__/__
SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

**CONFIDENTIAL**

SIGNATURE: _____   Date: __/__/__   Time: ____

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical   Date Assigned: __/__/__
Date Due: 06/30/07

please read Dr Lakuich's note callone. also patient should consider complying c lab tests ordered by MD

Response by: ____   Title: NM   Date: 6/28/07   Time: 3:52

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed

SIGNATURE: Lt. Hartwell   Date: 7/9/07   Time: 2300

RESPONSE RETURNED TO INMATE: Date: 07/10/07   Time: ____   By: ____

Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6885 REV 7/92

COPY

CONFIDENTIAL

1.

as a result of my Injury, I have excruciating pain & discomfort, 1) Nero-damage 2) muscular pain 3) Fatigue from disordered sleep. 4) Fibromyalgia, right now Im In stage "1" care, I need to see a Dr., No Dr. In Santa Clara County Jail is qualified for the area of my problem, I need a specialist Now.

Inmate Gutierrez has sought all forms of Treatment, and after care, In other grievances raised, he steadfastly seeks care for his back,

Dispite The Drs responce, on The Contrary, still No specialist, No meaningfull medical care aimed at The effected area,

Inmate Gutierrez asserts In other grievances, he describes his pain as extream, This is NOT a routeen matter, "it is urgant," Further delay will cause further pain, it's torture, He describes his Condition as a Serious back Injury [causing] Episodes of excruciating pain, with loss of strength down his legs. with The Inability to sit for

-2-

Inmate Gutierrez has sought all conceivable forms of treatment through the appeals process, unanswered

Please note, This is a medical fact, and x-ray will not show nerve damage.

Inmate Gutierrez writes in another grievance that his pain is acute & both chronic, That, his back pain "is ever present" and grows worse each passing day

Inmate Gutierrez medical file shall reveal the matter on 1-27-07 where 3 jail officials dragged Gutierrez 150 feet & then slammed his back against the steps of a transportation van, The matter is still on going, No treatment, No Specialist,

Prisoners have the right to medical care Estelle Vs Gamble (1976) Inadequate medical care, constitues cruel and unusual punishment In a violation of The Eighth Amend. (Id.) Such violations will be found where jail officials acted with diliberate

3

**COPY**

("Id at P. 106.) A serious medical needs includes a condition that effects an Individuals daily activities. or the existance of a chronic or a substancial pain. (McGuckin Vs. Smith (9TH cir 1992 over ruled on the grounds WMX Tech Inc Vs. miller. 9TH cir 1992 also see Woods Vs. Housewright 9TH Cir 1990  Hunt Vs. Denta Dept 9TH Cir 1992.

Inmate Gutierrez has been placed on this protracted delay he's experienced acute & chronic pain and is unable to perform normal daily functions

**CONFIDENTIAL**

Inmate Gutierrez steadfastly seeks immediately to be seen by a specialist, and to be ordered a new cat scan. or Pet scan. in wich will properly diagnose the Inmate. Inmate Gutierrez has fully exhausted his remedies. see In re: Dexter 1979.

6/23/07    X Richard ...