CNS 503.

| Main Jail [ ] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
| Main Jail South [ ] | INMATE GRIEVANCE FORM | CCW [ ] |
| North County Jail [ ] | 69987 | LRC [ ] |

INMATE'S NAME: Richard Gutierrez   BOOKING NUMBER: DBC05X76   HOUSING UNIT: MJ·10·A·37

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: This is a Grievance if it is Lost or Misplaced then I shall Consider The Lost or Misplacement As An Exhaustion Of Administrative Remedies In These Totality Also I Request This Grivance Be Issued A Log number for Tracking Purposes. ON 4th of July At 1:45pm AND 2:30 PM

WHAT SOLUTION ARE YOU RECOMMENDING?: See Pg. 2 Continued

Your Signature: Richard Gutierrez   Date: 07/04/07   Time: 10:00 PM

Received from Inmate on:
Day: WEDS   Date: 07/11/07   Time: 0125   Officer: #1619   Team: C

RESPONDING OFFICER'S STATEMENT (Please print): Refer To LEVEL II — MEDICAL

[ ] Resolved   [✓] Refer to Level II
Officer's Name: #1619   Team: C   Date: 07/11/07

SUPERVISOR'S ACTION:

[ ] Resolved   [ ] Refer to Level III
Supervisor's Name: _____   Team: _____   Date: __/__/__
SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: _____   Date: __/__/__   Time: _____

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical   Date Assigned: __/__/__
Date Due: 07/11/07

This Bla old grievance + as I know you Chart you had a CT scan + were seen by MDs + have Followup appts. I'm sorry your grievance was misplaced but you did [illegible]

Response by: _____   Title: _____   Date: approximate   Medical

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed _____

SIGNATURE: _____   Date: 12/13/07   Time: MU

RESPONSE RETURNED TO INMATE: Date: 12/17/07   Time: 1016   By: _____

Page 2 cont

Santa Clara County Department of Cor.
Inmate Grievance Form

DETAILS OF GRIEVANCE: The Defendant Nurse Practitioner Ms. CONNIE Female (Caucasian) Age about 65 Violated and continued to violate The Plaintiffs Eighth Amendment Rights Under The U.S. Constitution By Inadvertently Failing To Provide Adequate Medical Care To Plaintiff Richard Gutierrez Twice On 7-4-07 At 1:30 pm And 2:30 pm. Deffendant Nurse Denied Him His Medicine Vicoden 1-2 tabs 3 times Per Day. Dr. Lukeridge Prescibed To R. Gutierrez on 7-3-07 Just the Prior Day. The Doctor IN FACT INcreased The Plaintiffs Medication. But Why? Did R/N CONNIE Deny Him?

Because It was Not essential To The Plaintiff. But yet on 7-3-07 Not even 24 hours ago Dr. Lukeridge INcreased His Pain Medicine. So If It Wasn't Essential Life or Death why Prescribe it 1-2 TABs 3x Per Day. At 2:30 pm I was put into Visiting Room #1 one By D. Torres By Use of Ecessive Force Because Plaintiff Wanted His Medication.

As Nurse CONNIE Walks out of R. Dorm Plaintiff

Pg 3 cont

Santa Clara County Dept. of Cor.
Inmate Grievance Form

Details of Grievance

R. Gutierrez Asks Nurse Connie and Correctional Officer Z. Mayden that He Needs His Medication. She goes thru the Process of Looking Plaintiff up And Tells The C/O Mayden That Not Essential

I SAY  "I Need them. The Doctor Ordered them
6 A Day   Dr. Lukeridge Decided I Need them Due too An Injury Caused by C/O Borish, John Doe, C/O Johnson and Jane Doe. CT scan Shows that the Plaintiff Has Some Nerve Damage L5/S1 Nerve Root. Furthermore The Defendent Nurse CONNIE Dienied Meds again on 7-5 And on 7-07-07 AM and Noon Medication I recieved my Noon Meds by Nurse Daisy At 7PM on 7-4-07

What Soultion Are You Recommending?:
That Nurse CONNIE Be Terminated AND Plaintiff R. Gutierrez be riembursed Award Prayer For Relief of $300,000 for pain & Suffering AND $300,000 For Mental Anguish

Richard Gutierrez
Plaintiff

7-10-07