Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

Elmwood [ ]
CCW [ ]
WRC [ ]

CNS3503
70770

| INMATE'S NAME: | Gutierrez, Richard | BOOKING NUMBER: | 06055776 | HOUSING UNIT: | MJN 6A 37 |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: On Sept 24, 2007 Nurse Ms. CARRIE violated Richard Gutierrez 8th Amendment By Not Providing Gutierrez Essential Medication, Is Failure To Provide Adequate Medical care. And Nurse CARRIE Reported IN The Log Book For AM Medication That I Refused My Meds

WHAT SOLUTION ARE YOU RECOMMENDING?: Nurse Carrie Be Repamanded

Your Signature: Richard Gutie     Date: 9/24/07    Time: 6:00 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: Monday Date: 09/24/07 Time: 1825 Officer: Salcedo #1619   Team: C

RESPONDING OFFICER'S STATEMENT (Please print): 

Refer to Level II — Medical

[ ] Resolved    [X] Refer to Level II
Officer's Name: _____ #1619     Team: C    Date: 09/24/07

SUPERVISOR'S ACTION: 

[ ] Resolved    [ ] Refer to Level III
Supervisor's Name: _____    Team: ___   Date: __/__/__

SHIFT LIEUTENANT REVIEW: [ ] Concur   [ ] Reversed

CONFIDENTIAL

SIGNATURE: _____    Date: __/__/__   Time: ___

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical    Date Assigned: __/__/__
Date Due: 10/9/07

I will have her supervisor pull your med logs + follow up w/ Nurse Carrie. Thank you for reporting this — you will not be informed of the outcome b/c it is confidential.

Response by: _____   Title: _____   Date: _____   Time: _____

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur   [ ] Reversed

SIGNATURE: Lt. Hartwell    Date: 10/19/07    Time: 0830

RESPONSE RETURNED TO INMATE: Date: 10/19/07   Time: _____   By: _____

Distribution: White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)