Main Jail [ ]  
Main Jail South [ ]  
North County Jail [ ]  

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION  
INMATE GRIEVANCE FORM  
CNS503  

Elmwood [ ]  
CCW [ ]  
WRC [ ]  

#70799

| INMATE'S NAME: | Gutierrez, Richard | BOOKING NUMBER: | 06058776 | HOUSING UNIT: | MJ 6A 37 |

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** I would To Be Medically cleared To go to Elm Wood I HAve Been IN 6-A For 10 months I want to go back To Elm Wood Due To my Diebeties my Diebeites was under Controll At Elm Wood, Check chart 90 Sugar level At Elm Wood 400 At Main Jail

**WHAT SOLUTION ARE YOU RECOMMENDING?:** To Be Medically Cleared

Your Signature: Richard Gutierrez    Date: 9/24/07    Time: 800 AM/PM

Received from Inmate on:  
Day: Monday  Date: 09/24/07  Time: 2207  Officer: #1619  Team: ___

RESPONDING OFFICER'S STATEMENT (Please print): — MEDICAL — LEVEL II    MAIN JAIL MEDICAL    OCT 02 ENT'D

[ ] Resolved    [✓] Refer to Level II  
Officer's Name: _____ #1619  Team: C  Date: 09/24/07

SUPERVISOR'S ACTION: _____

[ ] Resolved    [ ] Refer to Level III  
Supervisor's Name: _____  Team: ___  Date: __/__/__

SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed

SIGNATURE: _____  Date: __/__/__  Time: ___  CONFIDENTIAL

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical    Date Assigned: __/__/__  
Date Due: 10/01/07

10-2-07 Med/Psych referral sent to classification notifying them that you are medically clear for Elmwood + needs lo bunk due to back surgery

Response by: ____  Title: Shift Supervisor  Date: 10/2/07  Time: 1400

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur  [ ] Reversed

SIGNATURE: Lt. Hoyt X211    Date: 10/10/07  Time: 2030

RESPONSE RETURNED TO INMATE: Date: 10/11/07  Time: ___  By: ___

Distribution: White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)