# SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM

Main Jail [ ]
Main Jail South [C]
North County Jail [ ]

Elmwood [ ]
CCW [ ]
WRC [ ]

#70919

**INMATE'S NAME:** Richard Gutierrez
**BOOKING NUMBER:** 06058776
**HOUSING UNIT:** M-J-N-6-A 37

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** I want To Be Medicaly Cleared To Go To Elmwood. I HAVE BEEN IN 5N 6-A For 10 TEN MONTHS! WHY AM I NOT Medically Cleared? I AM A Level 2. Please Send TO Elm Wood So I CAN Participate IN There Mental Health Programs AND Lower Sugar Level

**WHAT SOLUTION ARE YOU RECOMMENDING?:** To Be Medically Cleared

**Your Signature:** Richard Gutierrez    **Date:** 10/04/07    **Time:** 6 PM

(Do NOT write below this line. Use additional sheets if necessary)

*******************************************************************

**Received from Inmate on:**
**Day:** Thur   **Date:** 10/04/2007   **Time:** 1830   **Officer:** Price #1755   **Team:** 2

**RESPONDING OFFICER'S STATEMENT (Please print):**

ORIGINAL   COPY

[ ] Resolved   [✓] Refer to Level II

**Officer's Name:** ___   **Team:** ___   **Date:** __/__/__

**SUPERVISOR'S ACTION:** ___

[ ] Resolved   [ ] Refer to Level III

**Supervisor's Name:** ___   **Team:** ___   **Date:** __/__/__

**SHIFT LIEUTENANT REVIEW:** [ ] Concur   [ ] Reversed ___

**SIGNATURE:** ___   **Date:** __/__/__   **Time:** ___

**SUPPORT SERVICE RESPONSE: Unit Assigned:** Medical   **Date Assigned:** __/__/__
**Date Due:** 10/11/07

Was sent to Elmwood on 10/15/07

[!] CONFIDENTIAL

**Response by:** Lisa   **Title:** ASO   **Date:** 11/16/07   **Time:** ___

**FACILITY COMMANDER/DESIGNEE REVIEW:** [✓] Concur   [ ] Reversed ___

**SIGNATURE:** Lt. Bilodeau   **Date:** 11/16/07   **Time:** 2030

**RESPONSE RETURNED TO INMATE: Date:** 11/19/07   **Time:** ___   **By:** ___

Distribution: White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)