| Main Jail South [ ] | | ELMWOOD [ ] |
|---|---|---|
| North County Jail [ ] | INMATE GRIEVANCE FORM  #70914 | CCW [ ] |
| | | WRC [ ] |

CNJ503

INMATE'S NAME: Richard Gutierrez  
BOOKING NUMBER: 06058776  
HOUSING UNIT: MJ 6A 37

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: Nurse CARRIE failed To Distribute Essential Medication AGIAN ON MON OCT. 8th 2007 AT 8AM To INMATE Gutierrez, And When Offic. LUMER Called Down To Medical TO INForm Med STAF That Nurse CARRIE Did NT offer or Distribute INMATE'S Gutierrez's ESSENTIAL MEDS And Meds As NEEded. And Logged Refuse IN Log Book which IS UNCONStitional, INADEQUATE MEDICAL CARE

WHAT SOLUTION ARE YOU RECOMMENDING?: NURSE CARRIE BE FIRED

Your Signature: Richard Autiny   Date: 10/8/07   Time: 10 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:  
Day: MON   Date: 10/8/07   Time: 1125   Officer: LUMBRA   Team: A

RESPONDING OFFICER'S STATEMENT (Please print): CALLED NURSE CARRIE AND INFORMED HER ABOUT INMATE GUTIERREZ'S MEDICATION.

[ ] Resolved  [X] Refer to Level II

Officer's Name: ___   Team: ___   Date: _/_/_

SUPERVISOR'S ACTION: ___

ELMWOOD

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: ___   Team: ___   Date: _/_/_

SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed   ___

SIGNATURE: ___   Date: _/_/_   Time: ___

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical   Date Assigned: _/_/_  
Date Due: 10/15/07

Your complaint will be investigated + Nurse Carrie will be questioned. You will not be informed of the outcome due to confidentiality

Response by: ___   Title: ___   Date: _/_/_   Time: ___

FACILITY COMMANDER/DESIGNEE REVIEW:  [X] Concur  [ ] Reversed   ___

SIGNATURE: Lt. B. Nolan #212   Date: 12/3/07   Time: 1245

RESPONSE RETURNED TO INMATE: Date: _/_/_  Time: ___  By: ___

Distribution: White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

8885 REV 7/92

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Richard Gutierrez v. Chief E. Flores, et al.*                              C07-3834 RMW (PR)

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **DECLARATION OF LISA MARTI-TORES IN SUPPORT OF UNENUMERATED RULE 12(b) MOTION** by placing said copy in an envelope addressed to:

Richard Gutierrez
CNS 503
Santa Clara County Jail
885 N. San Pedro St.
San Jose, CA. 95110

which envelope was then sealed, with postage fully prepaid thereon, on **May 14, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **May 14, 2008**, at San Jose, California.

_____
Catherine M. Grijalva