ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
EDWARD FLORES, DAVID SEPULVEDA,
OFFICER TRBOVICH, OFFICER
ARMENTA, OFFICER SIMONSON,
OFFICER S. JOHNSON, OFFICER
DOMINGUEZ, OFFICER MONACK, DR.
LUKRICH, DR. GADDIPATIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GUTIERREZ<br><br>　　　Plaintiff,<br><br>v.<br><br>CHIEF E. FLORES, CAPTAIN D. SEPULVEDA c/o BORISH, ROMERO, DOMINGEZ c/o TROBOVICH, ARMENTA, S. JOHNSON, R/N CAROL, MOLLY CHONG, CARRIE, LINDA, NURSE CONNIE, RUBY, RUDY, TOM, MEME, ELIZABETH, ANNABELL, DOCS, LUKERIDGE<br><br>　　　Defendants. | No.   C07-3834 RMW (PR)<br><br>**DECLARATION OF SONIA RIVERA IN SUPPORT OF UNENUMERATED RULE 12(b) MOTION**<br><br>Date: No Hearing Date<br>Judge: Honorable Ronald M. Whyte |

I, Sonia Rivera, declare:

　　1.　I have personal knowledge of all the matters stated herein and could testify truthfully thereto if called to testify. I am an Administrative Support Officer II employed by the County of Santa Clara's Department of Correction ("DOC"). I am familiar with the grievance procedures of the DOC. As part of my job duties I log grievances, correspondence, and other complaints submitted by DOC inmates housed at Elmwood Correctional Facility, including written appeals of grievance determinations. I maintain separate files of such records for each

Unenumerated Rule 12(b) Motion        -1-        C07-3834 RMW (PR)

respective inmate. I am authorized to authenticate the attached record, which is from the Elmwood Correctional Facility custody file of inmate Richard Gutierrez (PFN # CNS503; Booking # 06058776).

2.  Richard Gutierrez submitted only one grievance to the DOC while housed at the Elmwood Correctional Facility. Attached hereto as Exhibit A is a true and correct copy of that December 2, 2007, grievance he submitted to the DOC.

3.  I have reviewed my files and confirmed that they are devoid of any written correspondence to the Elmwood Correctional Facility Division Commander, Captain Toby Wong, appealing any grievance determination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of April, 2008, at San Jose, California.

_____
SONIA RIVERA

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Decl. of Sonia Rivera in Support of
Unenumerated Rule 12(b) Motion          -2-          C07-3834 RMW (PR)

123349.wpd