**COPY**

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCE FORM

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]
Elmwood [✓]
CCU [ ]
WRC [ ]

CNS503

| INMATE'S NAME: | Richard Gutierrez | BOOKING NUMBER: | 06058776 | HOUSING UNIT: | E/M-M4C |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: To Medical EXAMINER: I AM HAVING ALOT OF Back AND LEG Pain Due To Be ASSAULTED By Correctional Staff By slamming my Back INTO A SHeriffs VAN I NEED AN MRI ASAP I Am IN ALOT OF PAIN.

WHAT SOLUTION ARE YOU RECOMMENDING?: Need MRI ASAP!!!!

Your Signature: Richard Gutierrez  Date: 12/2/07  Time: 1:00 AM/**PM**

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: _____ Date: __/__/__ Time: _____ Officer: _____ Team: _____

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved  [ ] Refer to Level II
Officer's Name: _____ Team: _____ Date: __/__/__
SUPERVISOR'S ACTION: _____

**CONFIDENTIAL**

[ ] Resolved  [ ] Refer to Level III
Supervisor's Name: _____ Team: _____ Date: __/__/__
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE: _____ Date: __/__/__ Time: _____
SUPPORT SERVICE RESPONSE: Unit Assigned: _____ Date Assigned: __/__/__
Date Due: __/__/__

You will be seen in 3 weeks you have motrin ordered + will not get narcotics at this time so I will call for motrin. Assessment on will see

Response by: You on 12/10/07  Date: __/__/__ [signature]

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur  [ ] Reversed _____

SIGNATURE: [signature]  Date: 12/13/07  Time: 0940
RESPONSE RETURNED TO INMATE: Date: 12/17/07  Time: 1629  By: LVN

TOTAL P.01

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>PROOF OF SERVICE BY MAIL</u>

*Richard Gutierrez v. Chief E. Flores, et al.*     C07-3834 RMW (PR)

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **DECLARATION OF SONIA RIVERA IN SUPPORT OF UNENUMERATED RULE 12(b) MOTION** by placing said copy in an envelope addressed to:

Richard Gutierrez
CNS 503
Santa Clara County Jail
885 N. San Pedro St.
San Jose, CA. 95110

which envelope was then sealed, with postage fully prepaid thereon, on **May 14, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **May 14, 2008**, at San Jose, California.

_____
Catherine M. Grijalva