STATE OF CALIFORNIA                                                                                          Arnold Schwarzenegger, *Governor*

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**OFFICE OF LEGAL AFFAIRS**
P.O. Box 942883
Sacramento, CA 94283



**FILED**

2008 MAY 20 P 3 12

May 15, 2008

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
*U.S. Mail*

United States District Court
Northern District of California
208 South First Street
San Jose, CA 95113


Attention: Diane Miyashiro
           Case Systems Administrator


Re: **Richard G. Gutierrez v. Sepulveda, et al**
    **Case Number C07-3834 RMW (PR)**


Dear Ms. Miyashiro,

We are in receipt of your letter dated May 8, 2008, addressed to Catherine Bernstein, requesting our assistance in locating Correctional Officer Borish, Dr. Gotapittie and Dr. Lukeridge regarding the above-mention matter. Unfortunately, these people do not work for California Department of Corrections and Rehabilitation, so we have no way of locating them. I would suggest you send this request to the County of Santa Clara, as they are the employers of the people listed above, and their jail is the location of the complaint. The County should be able to locate the defendants easily.

Should you have any questions, please feel free to contact our office at any time at 916-445-0495.


Thank you,

Office of Legal Affairs
California Department of Corrections and Rehabilitation

California Department of Corrections and Rehabilitation
Office of Legal Affairs
P.O. Box 942883
Sacramento, CA 94283

9511332701 C080

United States District Court
Northern District of California
208 South First Street
San Jose, CA 95113
Attention: Diane Miyashiro

FIRST CLASS



02 1A
0004359319
MAILED FROM ZIP CODE 95814
$00.42⁰
MAY 16 2008
PITNEY BOWES