United States Dist Court
Northern Dist. of Calif.

# Filed

JUN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

TO HONORABLE RONALD M. WHYTE
And Richard W. WIEKING Clerk, U.S.
Dist. court North Dist. of Calif.

Richard Gilbert Gutierrez
    PLAINTIF
        Vs.
Chief E. Flores,                           (PR)
Capt. D. Sepulveda          Case No. C07-3834 RMW
C/o Romero, Armenta
C/o Trobovich, S. Johnson
Sargent Simonian, Sang Harach     Exhausted
Dr. John Luke Ridge               AVAILABLE
Dr. Ms. Graddipatie               ADMINISTRATIVE
C/o Ms. Domingez                   REMEDIES
RN. Molly Chong
RN. Carrie, Tom, Rudy
Ruby, Meme, Elizabeth
RN. Annabell, Linda


# I   Plaintiff Did EXHAUST AVAILABLE ADMINISTRATIVE REMEDIES

Plaintiff Wrote And called And contacted
Elmwood Division Commander, Calif. Board of Cor-
rections, on 2-1-07 Also Director, Office of PS con 4.

# EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES

II   Director, Office of Human Relations
     70 West Hedding Street, West Wing
     San Jose, CA 95110            ON Feb 1st
                                        2007

III  California Board of Corrections
     600 Bercut Drive            ON Feb 1st
     Sacramento, CA 95814            2007

IV   Doc Internal Affairs    ON Jan 29th
     180 West Hedding Street        2007
     San Jose, CA 95110

V    Chief of Corrections    wrote Letter
     180 West Hedding Street    ON Feb 1st
     San Jose, CA 95110            2007

VI   Elmwood Division Commander   Wrote letter
     701 South Able Street        on Feb 1st
     Milpitas, CA 95035              2007

Plainiff Has tried Repetedly to File Complaint
But Correctional Staff Has Interfered
and messed With or opend my
Legal Mail and thrown away
Important Documentr

### SEXUAL HARASSMENT IS PROHIBITED
*****************************************

The Department of Correction requires that employees treat inmates with respect, courtesy and firmness. The following are specifically prohibited:

1.    Employees may not lay hands on an inmate except to defend themselves, to control or restrict the inmate or prevent an escape, to prevent serious injury or damage to person or property, to quell a disturbance, or to search an inmate.

2.    Employees may not touch an inmate's body for the purpose of sexual gratification.

3.    Employees may not make sexual advances, condition any benefit on agreeing to submit to sexual advances or punish inmates for refusing sexual advances.

4.    Employees may not use profane, demeaning, insulting or threatening language.

## YOU MAY REPORT ANY VIOLATION OF THESE RULES OR ANY OTHER SEXUAL HARASSMENT BY:

❖   Writing a GRIEVANCE at the facility

❖   Writing a confidential letter to the Commander of Elmwood:

        Elmwood Division Commander
        701 South Abel Street
        Milpitas, CA  95035

❖   Writing a confidential letter to the Chief of Correction

        Chief of Correction
        180 West Hedding Street
        San Jose, CA  95110

❖   Confidentially calling the Internal Affairs Office of the DOC by placing a collect call to (408) 299-2600 or writing:

        DOC Internal Affairs
        180 West Hedding Street
        San Jose, CA  951.0

5



❖ Contacting Friend's Outside by placing a call to (408) 295-6033 or sending an Inmate Request Form.

❖ Contacting the Human Relations Commission for Santa Clara County by placing a collect call to (408) 299-2206 or writing:

> Director, Office of Human Relations
> 70 West Hedding Street, West Wing
> San Jose, CA 95110

❖ Filing a confidential complaint with the California Board of Corrections by writing:

Sent Thur 1st ~1-07

> California Board of Corrections
> 600 Bercut Drive
> Sacramento, CA 95814

❖ Confidentially contacting your criminal defense attorney or the attorney of your choice.

**NO EMPLOYEE MAY RETALIATE AGAINST YOU IN ANY WAY FOR MAKING A COMPLAINT REGARDING ANY VIOLATION OF THESE RULES.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ACCOMMODATION OF HEARING IMPAIRED INMATES

It is the policy of the Department of Correction to ensure that deaf or hard of hearing inmates are afforded full and equal access to programs and services provided by the Department of Correction. The Department of Correction will furnish appropriate auxiliary aids and/or services, to include but not limited to, the right to interpreters and the right to place telephone calls via a TTY/TDD machine. Assistive listening devices will be made available upon request of the inmate in order to assist them with communication during programs or services. Interpreter services shall be available twenty-four hours a day, seven days a week, for all complex, confidential or important communications, such as Booking, Classification, Medical, Mental Health or disciplinary hearings.

Inmates with disabilities cannot be excluded from programs, activities or services offered solely because of a disability, because of inaccessible facilities. The Department of Correction will ensure physical accommodations are made to ensure facility accessibility to hearing impaired/deaf inmates. Closed-caption televisions shall be made available in designated areas housing hearing impaired inmates.

6

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

**FILED**

JUL 2 6 2007

1

2

3  Name _Gutierrez Richard G_

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Last)        (First)        (Initial)

4

5  Prisoner Number _PFN # CNS 503  Bk# 06058770_

6  Institutional Address _150 West Hedding St._

7  _San Jose, Calif. 95110_

**(PR)**

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10  _Richard Gilbert Gutierrez_

**C 07 3834**

**RMW**

(Enter the full name of plaintiff in this action.)

11                                                    Case No. _____
                                                      (To be provided by the clerk of court)

12                    vs.

13  _Capt. Supulveda_                          **COMPLAINT UNDER THE**
                                                 **CIVIL RIGHTS ACT,**
14  _Chief Eduard Florez_                       **42 U.S.C §§ 1983**
        _First Unknown Name_
15  _C/o Mr. Borish_

16  _C/o Mr. Johnson_

17  _C/o John Doe C/o Jane Doe_
(Enter the full name of the defendant(s) in this action))

_[All questions on this complaint form must be answered in order for your action to proceed..]_

18

19  I.  Exhaustion of Administrative Remedies

20      [Note: You must exhaust your administrative remedies before your claim can go

21      forward. The court will dismiss any unexhausted claims.]

        A.  Place of present confinement _Santa Clara County Dept. Correct._

22

23      B.  Is there a grievance procedure in this institution?

24              YES (X)      NO ( )

25      C.  Did you present the facts in your complaint for review through the grievance

26          procedure?

27              YES (X)      NO ( )

28      D.  If your answer is YES, list the appeal number and the date and result of the

                                    - 1 -

COMPLAINT

1

2

3

4

5

6

7

8

9

10



FILED

SEP 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| RICHARD GILBERT GUTIERREZ,     ) | No. C 07-3834 RMW (PR) |
|                  ) | ORDER DENYING MOTION |
|         Plaintiff,     ) | TO PROCEED IN FORMA |
|                  ) | PAUPERIS WITHOUT |
|    vs.               ) | PREJUDICE; GRANTING |
|                  ) | EXTENSION OF TIME TO |
| CAPTAIN SEPULVEDA, et al.,    ) | FILE COMPLETED IN |
|                  ) | FORMA PAUPERIS |
|         Defendants.    ) | APPLICATION OR PAY |
|                  ) | FILING FEE WITHIN |
| _____ ) | THIRTY DAYS |
| | (Docket No. 2) |

20     On July 26, 2007, plaintiff, proceeding pro se, filed a civil rights complaint

21     pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis. On that same

22     day, the court sent a notification to plaintiff that he had neither paid the filing fee nor

23     submitted a completed application for leave to proceed in forma pauperis because he did

24     not include a certificate of funds signed by an authorized prison official and a copy of his

25     trust account statement showing transactions for the preceding six months. The court

26     provided a copy of the correct form for application to proceed in forma pauperis, along

27     with a return envelope, instructions, and a notification that the case would be dismissed if

28     plaintiff failed to pay the fee or file the completed application within thirty days.

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File Completed in Forma Pauperis
Application or Pay Filing Fee Within Thirty Days
P:\pro-se\sj.rmw\cr.07\Guitierrez834ifpext     1

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
9
10      *Richard Gutierrez*              **C   07   4923**
11              Plaintiff,          )   CASE NO. _____
                                    )                    **RMW**  (PR
12      vs.                         )   **PRISONER'S**
        Chief Ed Torres, CAPT. Sepulveda   )   **APPLICATION TO PROCEED**
13      Dr. John Lukeridge, R/N Mene    )   **IN FORMA PAUPERIS**
14      R/N Molly Chong, c/o mr Defendant.  c/o Armenta, c/o mr. Romero, c/o ms. Dominguez
        Johnson       )   Sargent mr Simonson,
15      R/N's Rudy, Ruby, Tom, Carrie, Linda, carol, Annabell, Connie,
16      Elizabeth, Maryland  Jon Does And JANE Does 1-100
        I, *Richard Gutierrez* declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22          In support of this application, I provide the following information:

23  1.      Are you presently employed? Yes _____ No ☒

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____ N/A _____ Net: _____ N/A _____

27  Employer: _____ N/A _____

28  _____

UNITED STATES DISTRICT COURT    **ORIGINAL**
FOR THE NORTHERN DISTRICT OF CALIFORNIA **FILED**

JUL 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number_____.

Your complaint is deficient because:                        **SBA**

1. _____ You did not pay the appropriate filing fee of $350.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety.

2. __✓__ The <u>In Forma Pauperis</u> Application you submitted is insufficient because:

_____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

_____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

_____ You did not sign your <u>In Forma Pauperis</u> Application.

_____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

__✓__ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

_____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed. If you submit the application, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 4/9/06



**FILED**

**NOV 3 0 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. GUTIERREZ, | No. C 07-3834 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS |
| v. | |
| CAPTAIN D. SEPULVEDA, et al., | |
| Defendants. | (Docket Nos. 6, 7) |

Plaintiff's motions to proceed in forma pauperis (docket nos. 6, 7) are GRANTED. The total filing fee that ultimately will be due is $350.00. The initial partial filing fee due at this time is $7.47. This initial fee shall be paid within **thirty days** of the date this order is filed. Funds for the filing fee will be taken from income to plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1). A copy of this order and the attached instructions will be sent to plaintiff, the prison trust account office, and the court's financial office.

IT IS SO ORDERED.

DATED: _11/26/07_

_Ronald m. whyte_
RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

1     On August 8, 2007, the court closed plaintiff's duplicate civil rights action, case

2  no. C 07-3939 RMW, because it was mistakenly opened as a new case.  The court

3  directed the clerk to transfer all documents from case C 07-3939 RMW (PR) to the instant

4  case.  Plaintiff has filed a certificate of funds signed by an authorized prison official in his

5  closed civil rights case, C 07-3939 RMW (PR).

6     However, as of the date of this order plaintiff has not submitted a copy of his trust

7  account statement showing transactions for the preceding six months.  Accordingly,

8  plaintiff's incomplete in forma pauperis application (docket no. 2) is DENIED without

9  prejudice.

10    The court will grant plaintiff an extension of time to file a trust account statement

11  showing transactions for the preceding six months.  Plaintiff shall file this supporting

12  documentation with the court within **thirty days** from the date of this order.  In the

13  alternative, plaintiff may pay the $350.00 filing fee.  Plaintiff shall include with his

14  payment a clear indication that it is for this case number, C 07-3834 RMW (PR).  Failure

15  to submit the supporting documentation or pay the filing fee within the court's deadline

16  will result in the court dismissing the case without prejudice for failure to file a completed

17  in forma pauperis application or pay the filing fee.

18    IT IS SO ORDERED.

19  DATED: ___9/24/07___        *Ronald m. Whyte*

20                              RONALD M. WHYTE
                                United States District Judge

21

22

23

24

25

26

27

28

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File Completed in Forma Pauperis
Application or Pay Filing Fee Within Thirty Days
P:\pro-se\sj.rmw\cr.07\Guitierrez834ifpext          2

This is to certify that on ___11/30/07___, a copy of this ruling was mailed to the following:

Richard G. Gutierrez
CNS 503
Santa Clara County Jail
885 N. San Pedro Street
San Jose, CA 95110

Santa Clara County Jail
Attn: Prisoner Trust Accounts
885 N. San Pedro Street
San Jose, CA 95110

United States District Court
For the Northern District of California

Order Granting Plaintiff's Motions to Proceed in Forma Pauperis
P:\PRO-SE\SJ.Rmw\CR.07\Gutierrez834ifp.wpd          3

1   This is to certify that on _____10|2|07_____, a copy of this ruling
    was mailed to the following:

2

3   Richard Gutierrez
    PFN# CNS 503
4   Santa Clara County Jail
    885 N. San Pedro Street
5   San Jose, CA  95110

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   This is to certify that on ___9/25/07___, a copy of this ruling
    was mailed to the following:

2

3   Richard Gilbert Gutierrez
    PFN# CNS 503
4   Santa Clara County Dept. of Corrections
    150 West Hedding Street
5   San Jose, CA 95110

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File Completed in Forma Pauperis
Application or Pay Filing Fee Within Thirty Days
P:\pro-se\sj.rmw\cr.07\Guitierrez834ifpext                    3

1   This is to certify that on _____ 8|8|07 _____, a copy of this ruling
    was mailed to the following:

2

3   Richard Gilbert Gutierrez
    PFN# CNS 503
4   Santa Clara County Jail
    150 West Hedding Street
5   San Jose, CA  95110

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.rmw\cr.07\Gutierrez939close                    2

# County of Santa Clara

Employee Services Agency
Department of Risk Management

Insurance Division
2310 North First Street, Suite 203
San Jose, California 95131
(408) 441-4340  FAX 441-4341



August 2, 2007

**Richard Guiterez**
**06058776 / PFN# CNS 503**
**885 N. San Pedro St.**
**San Jose, CA 95110**

**Richard Guiteriz vs. County of Santa Clara**
**Date of Loss:**          **1-27-2007**
**Claim No:**              **GL-029634-2**
**Board of Supervisors' No: 07-139**

## NOTICE OF REJECTION OF CLAIM

Notice is hereby given that the claim you presented on July 3, 2007, was rejected on August 2, 2007.

By this letter, the County of Santa Clara does not waive its right to assert that claimants have failed to comply with the claim presentation and statute of limitation requirements contained in the California Government Code and The California Code of Civil Procedure.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. The six-month time limit referred to in this notice applies only to claims or causes of action, which are governed by the California Tort claims Act. Additionally, the Tort Claims Act contains certain exceptions.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately. Please also be advised that, pursuant to Sections 128.7 and 1038 of the California

# County of Santa Clara

Employee Services Agency
Department of Risk Management

Insurance Division
2310 North First Street, Suite 203
San Jose, California 95131
(408) 441-4340  FAX 441-4341



July 16, 2007

**Richard Guiterez**
**06058776 / PFN# CNS 503**
**885 N. San Pedro St.**
**San Jose, CA 95110**

**Richard Gutierez vs. County of Santa Clara**
**Date of Loss:        January 27**
**Our Claim No.:       GL-029634-2**
**Board of Supervisors' No.:   07-139**

## NOTICE OF INSUFFICIENCY

In accordance with the provisions of Government Code Section 910.8, notice is hereby given that the claim which you presented on August 24, 2006, is insufficient to comply with the following provisions of subsections of Section 910 of the Government Code, in that a review of same fails to disclose the following items:

Government Code section 910 requires a claim to state the following:

[ ]    The name and post office address of the claimant;

[ ]    The post office address to which notices to claimant should be sent;

[ x ]  The place, date and other circumstances of the occurrence;

[ ]    A general description of the injury, damage or loss incurred.

[ ]    The name or names of the public employee or employees causing the injury, damage or loss, if known;

[ ]    The amount claimed, if known, or an estimated amount and how it was computed; as well as whether jurisdiction over the claim would rest in Municipal Court ($25,000 or <u>less</u>), or Superior Court ($25,000 or <u>more</u>); and

[ ]    Date and Signature of <u>Claimant.</u>

Government Code Section 915 requires presentation and giving notice of a claim as follows:

## CLAIM AGAINST THE COUNTY OF SANTA CLARA

| | |
|---|---|
| Please submit the completed form to the Clerk of the Board of Supervisors, 70 W. Hedding Street, East Wing, 10th Floor, San Jose, California 95110.<br><br>Please attach additional pages as needed. | **FOR CLERK'S USE ONLY** |

1. Claimant's full name: **Richard Gutierrez**    ☐ Minor

2. Claimant's telephone number: **209-676-1788**

3. Claimant's mailing address: **885 N. San Pedro St. Ste. CNS503 San Jose, Calif. 95110-1718**

4. Mailing address to which notices are to be sent, if different from 3: **1175 McGinness Ave San Jose, Calif. 95127**

5. Date of the incident or loss: **January 27th 2007**

6. Location of the incident or loss: **1701 South Abel St. Milpitas, CA. 95035**

7. Describe how the incident or loss happened and the reason why you believe the County of Santa Clara is liable for your damages: **Correctional Officers Borish, Johnson, John Doe Jane Doe Hurt my back by Slamming my back into A VAN and droping me from A Wheel Chair, Hospital Guney]; Lifetime Medica**

8. Describe the injury, damage, or loss: **The injury is A Herniated Disk of Spine Damage, Damage to Spine, And Nerve Damage.**

9. If a public employee is involved in the injury, damage, or loss, provide name if known: **Officer Borish Officer Johnson officers John Doe 3 C/o Jane Doe Does 1-40**

10. Name of witnesses, if any: **Nurse Danny Johnson and Nurse David**

11. If the claim is for less than $10,000, state the total amount of the claim: **2,500,000 — Lifetime Medical**

List the items totaling the amount of the claim:

| Item | Amount | Item | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |

12. If the claim is for more than $10,000, is the amount over $25,000?
   Yes **X**   No _____

**Richard Gutierrez**
Signature of Claimant or Representative

**6-20-07**
Date

*Any person who, with the intent to defraud, presents any false or fraudulent claim may be punished either by imprisonment or fine, or both. See section 72 of the Penal Code.*

## GOVERNMENT TORT CLAIM FORM

### (PLEASE TYPE OR PRINT ALL INFORMATION REQUESTED)

CLAIM AGAINST _Chief, Edward Florez._ _Cadin Supulveda_ (NAME OF PUBLIC ENTITY).

1. CLAIMANT'S NAME: _Richard Gutierrez_

2. CLAIMANT'S MAILING ADDRESS: _885 N. San Pedro St. Suite #CNC503_
   (ADDRESS)

   _San Jose.     Calif.     95110_
   (CITY)            (STATE)      (ZIP CODE)

3. AMOUNT OF CLAIM: $ _2,500,000_
   IF THE AMOUNT CLAIMED EXCEEDS TEN THOUSAND DOLLARS ($10,000), THE AMOUNT
   OF THE CLAIM SHOULD BE UNSPECIFIED AND CLAIMANT SHOULD INDICATE THE
   APPROPRIATE COURT JURISDICTION.

   ☐ MUNICIPAL COURT    ☒ SUPERIOR COURT

4. ITEMIZATION OF CLAIM: (How was the amount claimed above computed; list items totaling
   amount set forth above, including damages for pain and suffering, if applicable).  IF YOU HAVE
   SUPPORTING DOCUMENTATION FOR THE AMOUNT CLAIMED (BILLS, RECEIPTS, ETC.),
   PLEASE ATTACH THREE (3) COPIES TO THIS CLAIM.

| ITEM | DOLLAR AMOUNT |
|------|---------------|
| Pain and Suffering | $ 300,000 — |
| Herniated Disk ₹ | $ 2,500,000 |
| Spine Damadge | |
| Nerve Damadge | |
| | |
| | |
| | |

(CONTINUE ITEMIZATION ON SEPARATE SHEET, IF NECESSARY)

5. ADDRESS TO WHICH NOTICES ARE
   TO BE SENT IF DIFFERENT FROM
   LINES 1 AND 2:

   _Richard Gutierrez_
   (NAME)

   _1175 Mc Ginness Ave._
   (STREET OR P.O. BOX NUMBER)

   _San Jose, Calif. 95127_
   (CITY)        (STATE)      (ZIP CODE)

6. **DATE & TIME OF ACCIDENT OR LOSS:** January 27th 2007 - 3:30 AM

7. **LOCATION OF ACCIDENT OR LOSS (INCLUDE CITY, COUNTY, AND STREET ADDRESS, INTERSECTION, ROAD NUMBERS OR MILE MARKER):**

701 South Abel Street Milpitas, Calif. 95035

150 W. Hedding St. San Jose CA. 95110

8. **HOW DID THE ALLEGED ACCIDENT OR LOSS OCCUR? STATE ALL FACTS WHICH SUPPORT YOUR CLAIM AGAINST THE PUBLIC ENTITY:**

C/o Porish c/o Johnson and c/o Jane Doe

Droped me from Hospital Gurney and Slammed

Inmates Bunk into floor Brand of Transportation with

X-rays - CT SCAN - MRI

**(CONTINUE ON SEPARATE SHEET, IF NECESSARY)**

9. **DESCRIBE INJURY / DAMAGE / LOSS:** Herniated Disk Nerve Damadge

Spine Damage .

**(CONTINUE ON SEPARATE SHEET, IF NECESSARY)**

10. **NAME OF PUBLIC EMPLOYEE (S) CAUSING INJURY / DAMAGE / LOSS, IF KNOWN:** Correctional Officers Porish c/o Johnson

C/o Jane Doe

11. **SIGNATURE OF CLAIMANT OR ATTORNEY/REPRESENTATIVE:**

X Richard H. tus     **DATED:** 6-28-07

12. **DAYTIME TELEPHONE NUMBERS (PLEASE INCLUDE AREA CODE)**

**CLAIMANT**                        **ATTORNEY/REPRESENTATIVE**

(209) 676-1788                (408) 297-7254

**NOTICE**  Eric F. Hartman

SECTION 72 OF THE PENAL CODE PROVIDES:

"EVERY PERSON WHO, WITH INTENT TO DEFRAUD, PRESENTS FOR ALLOWANCE OR FOR PAYMENT TO ANY STATE BOARD OR OFFICER, OR TO ANY COUNTY, CITY, OR DISTRICT BOARD OR OFFICER, AUTHORIZED TO ALLOW OR PAY THE SAME IF GENUINE, ANY FALSE OR FRAUDULENT CLAIM, BILL, ACCOUNT, VOUCHER, OR WRITING," IS GUILTY OF EITHER A MISDEMEANOR OR FELONY AND MAY BE SUBJECT TO IMPRISONMENT AND/OR A FINE.

Dear Clerk Richard W. WIEKING
   ENClosed you will find the
Following

1. A Filed Civil Rights Complaint
   CASE No. C 07 3834 RMW (PR)

1. Tort Claim Rejection Letter

1 INtERNAL Affairs Case closed
   INvestigation Letter.

1 EXHAUSTED AVAILABLE
   ADMINISTRATIVE Remedies

1 Change of Address update

2008

10

SAN JOSE, CA 951A JUN

Office of The Clerk,
U.S. Dist. Court Nor. Dist. of Calif.,
280 South First Street, Room 2112
San Jose, Calif., 9513-3095