Dear Clerk, Richard Wieking
Enclosed is

FILED
2008 JUL 10 P 3:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1 Civil Complaint

1 Amendment of Claim

1 Motion For Appointment of Counsel

1 Change of Address

Would you please be so kind and File for me under Case No. C07-3834 RMW (PR)

*Richard H. Gutierrez*
Richard G. Gutierrez
Plaintiff

Richard Gutierrez
1175 McGinnes Ave.
San Jose, Calif. 95127

Change of address is above. I will be Leaving to Calif Dept. of Correct. today. I will Inform you of wich State Prison I will be At, As Soon As Possable. I have 6 month to do.

(A-I)



Office of The Clerk,
U.S. District Court
Northern District of Calif.
Att. Richard W. WIEKING

C/o U.S. Dist. Judge
Ronald M. Whyte
280 South First Street, Room 2112
San Jose, Calif.
95113-3008

Richard Guillellou
PFN # CNS503
ELM- Doe M4A
701 S. Able St.
Milpitas, CA. 95035

Legal
Mail

COUNTY JAIL
GENERAL MAIL

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT. © USPS 2008