## §§ 464.163 Amendment of Claim [Gov. Code § 910.6]

464.163 Amendment of Claim [Gov. Code § 910.6]
To Richard W. WIEKING
Clerk, U.S. Dist. Court Nor. Dist. of Calif. And
U.S. Dist. Judge RONALD M. WHYTE

Richard Gilbert Gutierrez hereby amends his Claim against Transportation Correctional Officer Badge # 2225 Mr. MARIANI Chief Edward Flores, Capt. David Sepulveda, c/o Trobovich, c/o Armenta, Sargent Monach, Sargent Simonson, c/o Dominguez, c/o Romero, c/o S. Johnson, c/o Missian Case No. C07-3834 RMW (PR) Presented to you on July 26, 2007, As follows: $114.70 Complaint for Deprivation of Rights Under Color of State Law Pursuant to 42 U.S.C. § 1983 - Cruel and Unusual Punishment of Prisoner by use of Excessive Force

Transportion Officer Badge # 2225 MARIANI

Dated: July 7, 2008

Richard G. Gutierrez
Claimant

**FILED**

JUL 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

COMPLAINT     ( A-I )