CE· C-07-03834-RMW
7/11/08

To whom it may concern

I'm writing on behalf of mr. Richard Gutierrez-06058776-Cns503, who was incarcerated in milpitas County Jail. writing to let you know he has been transferred and has a new change of address, please send and mail to him to the following address. I'm not sure of his court case # I have listed his DOB.
Richard Gutierrez
06/14/70

**FILED**
JUL 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CITY SAN JOSE

Richard Gutierrez/ G24921
NKSP
A4-102S
P.O. Box 5000
Delano, CA 93216

Thanks agains, any Questions Please Be free to call me at 209 818 4899

Nancy Jones

Richard Gutierrez/GA4921
NKSP
A-102S
P.O. Box 5000
Delano, CA 93216

STOCKTON/STKN
CA 952 3 T
11 JUL 2008 PM

Clerk of the Court
Richard W. Wieking,
Clerk U.S. Dist Court of
Northern Dist of Calif.
c/o Ronald M. Whyte
U.S. Dist. Judge
450 Golden Gate Av.
P.O. Box 36060
San Francisco, CA 94102