7-28-08

**FILED**
AUG 01 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NC

Att: Clerk, Notice
CHANGE
Att: Richard W. WIEKING

c/o RONALD M. WHYTE
U.S. Dist Judge

For

C07-3834 RMW

Richard Gutierrez
CDC # G-24921
North Kern State Prison
PO Box 5005
DELANO, CALIF.
93216-5005

Here is my New current
Address Please forward
Mail to this Address



Richard Andrews #G-24921
K.S.P. D-1-247
PO Box 5005
Delano, Calif.
93216-5005

Legal Mail

Office of the Clerk
U.S. Dist. Court  Northern Dist. of Cal.
280 South First Street Room 2112
San Jose, Calif. 95113-3095

