To the Clerk,

Richard W. WIEKING

NC

Please Amendmend margret Rogers to my claim, For INADEQUATE MEDICAL CARE.

AMENDMENt of Claim [Gov code § 910.6) TO Richard W. WIEKING:

Richard Gutierrez hereby amends His Claim AGAINST MARGRET ROGERS Presented to you ON 7th of August 2008, as Follows Violation of the 8th and 14th Amendment Failure to Provide MEDICAL CARE ON 1,27,07

Date: 08/07/08

Richard Gutierrez
Claimant

FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  Gutierrez, Richard    Gilbert
          (Last)          (First)        (Initial)

Prisoner Number  CDC # G-24921

Institutional Address  NORTH KERN STATE PRISON
D-1-247 UP, PO BOX 5005 DELANO, CA. 93216

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard G. Gutierrez
(Enter the full name of plaintiff in this action.)

vs.

MARGET Rogers

(Enter the full name of the defendant(s) in this action))

Case No. C07-3834 RMW (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

[All questions on this complaint form must be answered in order for your action to proceed..]

I.  Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  North Kern State Prison

B.  Is there a grievance procedure in this institution?
        YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
        YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  See grievances _____

_____

2. First formal level  See EXHIBITS A - J _____

_____

3. Second formal level _____

_____

4. Third formal level  SEE Rumbel V. Hill _____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

_____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

RicHARD GUTIERREZ # G24921
PO BOX 5005
DELANO, Calif. 93216

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT               - 2 -

|   |   |
|---|---|
| 1 | place of employment. |
| 2 | MARGRET ROGERS |
| 3 | 885 NORTH SAN PEDRO Street |
| 4 | SAN Jose, Calif 95110 |

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON January 27, 2007 At 630AM CLINITION MARGRET ROGERS FAILED TO AID Plaintiff MR. Richard Gutierrez By LEAVING THE Plaintiff LAYING ON THE FLOOR WHEN ASKED FOR HELP Wich is a violation of the EIGHTH AND FOURTEENTH AMEDMENT.

Robinson V. California / 102 370 U.S. 660. 82 Sct 1417, 8. L Ed. 2d 758 (1962) INADEQUATE TREATMENT

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

$300,000 Punitive $300,000 Collatrol Damages

COMPLAINT                                  - 3 -

1    Or what the Court DEEMS Fit.
2
3
4
5
6

7    I declare under penalty of perjury that the foregoing is true and correct.

9    Signed this ___7th___ day of __August__, 20_08_

11    _Richard Autieng_ (signature)
12    (Plaintiff's signature)

COMPLAINT      - 4 -



