*E-FILED - 12/18/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD G. GUTIERREZ, | ) | No. C 07-3834 RMW (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| CHIEF E. FLORES, et al., | ) ) | |
| Defendants. | ) ) | |

The court has granted defendants' motion to dismiss. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __12/17/08_____      *Ronald M. Whyte*
　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　United States District Judge